| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)*         Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy        4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    EarthOne Circuit Technologies Corporation, a Delaware corporation

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

DBA  eSurface

**3. Debtor's federal Employer Identification Number (EIN)**    27-3124703

**4. Debtor's address**

Principal place of business

1691 Kettering, Irvine, CA 92614
Number, Street, City, State & ZIP Code

Orange
County

Mailing address, if different from principal place of business

PO Box 7001, Ventura, CA 93006
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**    www.eSurface.com

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **EarthOne Circuit Technologies Corporation, a Delaware corporation**    Case number (*if known*) _____
_____
Name

7. **Describe debtor's business**    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☑ None of the above

    B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*

    ☐ Chapter 7
    ☐ Chapter 9
    ☑ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    ☑ No.
    ☐ Yes.

    If more than 2 cases, attach a separate list.

    District _____ When _____ Case number _____
    District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☑ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____ Relationship _____
    District _____ When _____ Case number, if known _____

Debtor  **EarthOne Circuit Technologies Corporation, a Delaware corporation**  Case number (*if known*) _____
      Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
    Contact name _____
    Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☑ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | EarthOne Circuit Technologies Corporation, a Delaware corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/ 21 /2017
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title **Company Secretary**

**Doug Molyneux**
Printed name

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date 06/ 21 /2017
MM / DD / YYYY

**Robert E. Opera**
Printed name

**Winthrop Couchot Golubow Hollander, LLP**
Firm name

**660 Newport Center Dr., Suite 400**
**Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

Contact phone  **949-720-4100**    Email address  **ropera@wcghlaw.com**

**#101182, CA**
Bar number and State

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA ||
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Robert E. Opera, State Bar #101182**<br>**Winthrop Couchot Golubow Hollander, LLP**<br>**660 Newport Center Dr., Suite 400**<br>**Newport Beach, CA 92660**<br>**949-720-4100 Fax: 949-720-4111**<br><br>*Attorney for:* Debtor | CASE NO.:<br>CHAPTER: **11**<br>ADVERSARY NO.:<br>(if applicable) |
| In re:<br><br>**EarthOne Circuit Technologies Corporation, a Delaware corporation dba eSurface**<br>Debtor(s). | ELECTRONIC FILING DECLARATION<br>(CORPORATION/PARTNERSHIP)<br><br>[LBR 1002-1(f)] |

| ☑ | Petition, statement of affairs, schedules or lists | Date Filed: | **Concurrently herewith** |
| ☑ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: | **as needed** |
| ☑ | Other *(specify):* **All pleadings and documents necessary** | Date Filed: | **as needed** |

**PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

06/21/2017
Date:

Signature (handwritten) of authorized signatory of Filing Party
**Doug Molyneux**
Printed name of authorized signatory of Filing Party
**Company Secretary**
Title of authorized signatory of Filing Party

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed Part I - *Declaration of Authorized Signatory of Debtor or Other Party of this Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration and the Filed Document available for review upon request of the court or other parties.

06/21/2017
Date:

Signature (handwritten) of attorney for Filing Party
**Robert E. Opera, State Bar #101182**
Printed Name of attorney for Filing Party

---

**United States Bankruptcy Court**
**Central District of California**

In re    EarthOne Circuit Technologies Corporation, a Delaware corporation    Case No.  _____
                                                         Debtor(s)                Chapter    __11__

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Doug Molyneux**, declare under penalty of perjury that I am the **Secretary** of **EarthOne Circuit Technologies Corporation, a Delaware corporation ("Corporation")**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of the Corporation at a special meeting duly called and held on the 15th day of June, 2017:

"WHEREAS, it is in the best interest of the Company to seek the protection of the Bankruptcy Code under Chapter 11 of the Bankruptcy Code through the filing of a Chapter 11 bankruptcy petition ("Bankruptcy Case") in the United States Bankruptcy Court for the Central District of California ("Bankruptcy Court");

RESOLVED, that the Company be, and hereby is, authorized to file a Petition for Relief under Chapter 11 of the Bankruptcy Code and is further authorized to execute any and all documents and to do any and all acts and deeds necessary and proper to carry into effect the foregoing resolution;

RESOLVED FURTHER, that the Company be, and hereby is, authorized to engage the law firm of Winthrop Couchot Golubow Hollander, LLP ("Winthrop Couchot"), as general insolvency counsel to the Company in connection with the filing of and conduct of the Bankruptcy Case and related matters in accordance with the terms and conditions of Winthrop Couchot's letter engagement agreement, dated June 8, 2017, with the Company;"

As Secretary of the Corporation, I am authorized, and have been authorized and directed expressly by the Board of Directors, to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Corporation; and, as appropriate, together with the proposed Chief Restructuring Officer of the Corporation, to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case.

Date  06/19/2017                           Signed  _____
                                                    Doug Molyneux

**Fill in this information to identify the case:**

Debtor name __EarthOne Circuit Technologies Corporation, a Delaware__

United States Bankruptcy Court for the: __Central__ District of __California__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Michael Corrigan c/o The Rudd Law Firm 15233 Ventrua Blvd, Ste 320 Sherman Oaks, CA 91403 | Christopher L Rudd, Esq. clrudd@ruddlawpc.com 310-457-4072 | Employee Claim | Disputed | | | $1,405,187 |
| 2 | One LLP 4000 MacArthur Blvd Newport Beach, CA 92660 | Chris Arledge, Esq. carledge@onellp.com 949-502-2872 | Legal Fees | Disputed | | | $1,010,963 |
| 3 | David Torp c/o Allred Maroko & Goldberg 6300 Wilshire Blvd, Ste 1500 Los Angeles, CA 90048 | Michael Maroko, Esq. mmaroko@amglaw.com 323-653-6530 | Employee Claim | Disputed | | | $305,961 |
| 4 | Rick Olson - Baxter Development LLC 730 Calle Mandarinas Thousand Oaks, CA 91360 | Richard Olson rolson4115@aol.com 213-280-3188 | | | | | $200,000 |
| 5 | Arthur Asch 445 Park Ave, #9 New York, NY 10022 | Arthur Asch smasch@bloomberg.net 516-455-8843 | | | | | $200,000 |
| 6 | United Yarn Products Co., Inc. 53 E. 34th St. Patterson, NJ 07514 | Josephine Gosman josephine@unitedyarn.com 973-865-2200 | | | | | $200,000 |
| 7 | You Lucky Dog Trust 2600 Sycamore Canyon Rd. Santa Barbara, CA 93108 | Scott Sloan scott2769@yahoo.com | | | | | $200,000 |
| 8 | Darren Hulstine 661 Shelter Ridge Pl Nipomo, CA 93444 | Darren Hulstine dhulstine@esurface.com | | | | | $191,490 |

Debtor     EarthOne Circuit Technologies Corporation, a D(     Case number (if known)_____
           Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Paul Clayson Valuation Impact  4246 Riverboat Rd, Ste 1100  Salt Lake City, UT 84123 | William A. Mark  bill@jmlaw.com  801-285-5710 | Consulting Fees | Disputed | | | $186,000 |
| 10 | Latham & Watkins  140 Scott Dr  Menlo Park, CA 94025 | Patick Pohlen, Esq.  Patrick.pohlen@lw.com  650-328-4600 | Legal Fees | Disputed | | | $140,176 |
| 11 | Tucker Ellis  515 S. Flower St, 42nd Floor  Los Angeles, CA 90071 | Bart Kessel  bart.kessel@tuckerellis.com  213-430-3388 | Legal Fees | Disputed | | | $139,457 |
| 12 | O'Neil, LLP  19900 MacArthur Blvd, Ste. 1050  Irvine, CA 92612 | Larry Hilton  lhilton@oneil-llp.com  949-798-0500 | Legal Fees | Disputed | | | $129,179 |
| 13 | Blank Rome  One Logan Square  130 N 18th St  Lynn, MA 01910-3699 | Kipp Cohen  Cohen-KB@BlankRome.com  215-596-5451 | Legal Fees | Disputed | | | $125,000 |
| 14 | Miller & Co.  21700 Oxnard St., Ste. 1250  Woodland Hills, CA 91367 | David Free  dfree@millcocpa.com  818-449-7920 Ext. 223 | Accounting Fees | Disputed | | | $114,915 |
| 15 | Paul and Leslie Lucas  One Amgen Center Dr.  Thousand Oaks, CA 91320 | Paul Lucas  paulrobertlucas@hotmail.com | | | | | $100,000 |
| 16 | Tim Thompson  7914 Vista Palma  Carlsbad, CA 92009 | Tim Thompson  jellster@sbcglobal.net  760-275-3200 | | | | | $100,000 |
| 17 | Mark L. Friedman  6935 Queenferry Circle  Boca Raton, FL 33496 | Mark Friedman  mlf@constellationpartnersllc.com  561-417-4500 | | | | | $100,000 |
| 18 | Ken Bahl  14645 Big Basin Way  Saratoga, CA 95070 | Ken Bahl  ken@protoexpress.com  408-712-4300 | | | | | $100,000 |
| 19 | David Bill  4890 Martona Dr  Oak Park, CA 913777 | David Bill  davidwbill@aerocomponent.com  818-652-9158 | | | | | $100,000 |
| 20 | Forrest and Jane Dockery  4121 Guardian St  Simi Valley, CA 93063 | Forrest Dockery  forrest@docsindustries.com  805-490-3435 | | | | | $100,000 |

| Fill in this information to identify the case: |
|---|
| Debtor name  EarthOne Circuit Technologies Corporation, a Delaware corporation |
| United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/21/2017    X  /s/ Doug Molyneux
                              Signature of individual signing on behalf of debtor

                              **Doug Molyneux**
                              Printed name

                              **Company Secretary**
                              Position or relationship to debtor

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Thousand Oaks  , California

Date:  06/21/2017

Doug Molyneux
Signature of Debtor

Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 1                    F 1015-2.1.STMT.RELATED.CASES