1  Jeffrey I. Golden, State Bar No. 133040
   jgolden@lwgfllp.com
2  Beth E. Gaschen, State Bar No. 245894
   bgaschen@lwgfllp.com
3  **LOBEL WEILAND GOLDEN FRIEDMAN LLP**
   650 Town Center Drive, Suite 950
4  Costa Mesa, California 92626
   Telephone   714-966-1000
5  Facsimile    714-966-1002

6  Proposed Attorneys for Chapter 7 Trustee
   Richard A. Marshack
7

8              **UNITED STATES BANKRUPTCY COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10                  **SANTA ANA DIVISION**

11  In re                              | Case No. 8:17-bk-12521-CB

12  EARTHONE CIRCUIT TECHNOLOGIES      | Chapter 7
    CORPORATION, a Delaware corporation,
13  d/b/a eSurface,                    | **CHAPTER 7 TRUSTEE'S MOTION FOR
                                       | ORDER:**
14                        Debtor.
15                                     | (1) **AUTHORIZING SALE OF
                                       |     PROPERTY OF THE ESTATE FREE
16                                     |     AND CLEAR OF LIENS, CLAIMS
                                       |     AND INTERESTS PURSUANT TO
17                                     |     11 U.S.C. §§ 363(b) and (f); AND**
                                       | (2) **APPROVING PAYMENT OF
18                                     |     BREAK-UP FEE**

19                                     | **MEMORANDUM OF POINTS AND
                                       | AUTHORITIES; DECLARATIONS OF
20                                     | RICHARD A. MARSHACK AND BETH E.
                                       | GASCHEN IN SUPPORT THEREOF**

21                                     | **DATE:      December 12, 2017
                                       | TIME:       2:30 p.m.
22                                     | PLACE:      Courtroom 5D
                                       |             411 West Fourth Street
23                                     |             Santa Ana, CA 92701**

24
25
26
27
28

*(left margin, rotated)* Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel (714) 966-1000  Fax (714) 966-1002

1140422.1

MOTION

**TABLE OF CONTENTS**

Page

I.      INTRODUCTION .................................................................................... 2

II.     BACKGROUND ...................................................................................... 3

III.    SUMMARY OF THE TERMS OF THE AGREEMENT ........................... 6

IV.     THE OVERBID PROCEDURES ............................................................ 8

V.      THE COURT SHOULD APPROVE THE AGREEMENT AS A VALID
        EXERCISE OF THE TRUSTEE'S BUSINESS JUDGMENT AND
        BECAUSE THE AGREEMENT IS IN THE BEST INTERESTS OF
        CREDITORS AND THE ESTATE .......................................................... 8

        A.    The Trustee Should be Authorized to Enter into the Agreement
              Pursuant to 11 U.S.C. § 363(b) .................................................. 8

        B.    The Trustee May Sell the Property Free and Clear of Liens,
              Claims and Interests ................................................................. 10

        C.    The Court Should Approve Payment of the Break-Up Fee to
              the Buyer in the Event of a Winning Overbid ............................ 11

        D.    Tax Consequences ................................................................... 15

        E.    Adequate Notice of the Sale is Proposed ................................. 15

VI.     CONCLUSION...................................................................................... 15

Lobel Weiland Golden Friedman LLP
P.O. Box 2470
Costa Mesa, California 92828-2470
Tel (714) 445-1013   Fax (714) 966-1002

1142544.1

i

MOTION

Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP
P.O. Box 2470
Costa Mesa, California 92628-2470
Tel (714) 445-1013 · Fax (714) 866-1002

1

## TABLE OF AUTHORITIES

2
                                                                        **Page(s)**

3
                                    ## CASES

4
*995 Fifth Ave., Assocs.,*
5        96 B.R. 24 (Bankr. S.D.N.Y. 1989) .................................................. 9, 12

6
*Calpine Corp. v. O'Brien Envtl. Energy, Inc. (In re O'Brien Evntl. Energy,
        Inc.),*
7        181 F.3d 527 (3d Cir. 1999)................................................................ 13

8
*Cello Bag Co. Inc. v. Champion Int'l Corp. (In re Atlanta Packaging Prods.,
        Inc.)*
9        99 B.R. 124 (Bankr. N.D. Ga. 1988) ..................................................... 9

10
*GBL Holding Co., Inc. v. Blackburn/Travis/Cole, Ltd.,*
        331 B.R. 251 (N.D. Tex. 2005) ............................................................. 9

11
*In re 240 North Brand Partners, Ltd.,*
12       200 B.R. 653 (9th Cir. B.A.P. 1996)...................................................... 8

13
*In re American West Airlines,*
        166 B.R. 908 (Bankr. D. Ariz. 1994) ..................................................... 8

14
*In re American West Airlines, Inc.,*
15       166 B.R 908 (Bankr. D. Ariz. 1994) ..................................................... 13

16
*In re Bidermann Indus. U.S.A., Inc.,*
        203 B.R. 547 (Bankr. S.D.N.Y. 1997) ............................................. 13, 14

17
*In re Ernst Home Center, Inc.,*
18       209 B.R. 974 (Bankr. W.D. Wash. 1997)............................................... 8

19
*In re Food Barn Stores, Inc.,*
        107 F.3d 558 (8th Cir. 2010).................................................................. 9

20
*In re Hupp Indus.,*
21       140 B.R. 191 (Bankr. N.D. Ohio 1997) ........................................... 12, 13

22
*In re Integrated Resources, Inc.,*
        147 B.R. 650 (Bankr. S.D.N.Y. 1992) ...................................9, 12, 13, 14

23
*In re Lajijani,*
24       325 B.R. 282 (B.A.P. 9th Cir. 2005)....................................................... 9

25
*In re Lionel Corp.,*
        722 F.2d 1063 (2d Cir. 1983)................................................................. 8

26
*In re Marrose Corp.,*
27       1992 WL 33848 (Bankr. S.D.N.Y. Feb. 15, 1992)................................. 12

28
*In re Onouli Kona Land Co.,*
        846 F.2d 1170 (9th Cir. 1988)............................................................... 15

# TABLE OF AUTHORITIES (cont.)

Page(s)

*In re S.N.A. Nut Co.*,
    186 B.R. 98 (Bankr. N.D. Ill. 1995) ...................................................... 13

*In re Walter*,
    83 B.R. 14 (9th Cir. B.A.P. 1988) .......................................................... 9

*In re Wilde Horse Enterprises, Inc.*,
    136 B.R. 830 (Bankr. C.D. Cal. 1991) .................................................. 8

*In re WPRV-TV, Inc.*,
    143 B.R. 315 (D.P.R. 1991) .................................................................. 9

*Matter of Spanish Peaks Holdings II, LLC*,
    872 F.3d 892 (9th Cir. 2017) .............................................................. 11

## STATUTES

11 U.S.C. § 363 ....................................................................................... 12

11 U.S.C. § 363(f)(3) .............................................................................. 11

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel (714) 966-1000   Fax (714) 966-1002

1  **TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY**
2  **JUDGE, AND ALL PARTIES IN INTEREST:**

3  Richard A. Marshack, the duly appointed, qualified and acting chapter 7 trustee
4  (the "Trustee"), for the bankruptcy estate (the "Estate") of EarthOne Circuit Technologies
5  Corporation, a Delaware corporation, doing business as eSurface (the "Debtor"), submits
6  this *Motion for Order: (1) Authorizing Sale of Property of the Estate Free and Clear of*
7  *Liens, Claims and Interests Pursuant to 11 U.S.C. §§ 363(b) and (f); and (2) Approving*
8  *Payment of Break-Up Fee* (the "Motion").  In support of the Motion, the Trustee submits
9  the following memorandum of points and authorities, his declaration (the "Marshack
10  Declaration"), and the declaration of Beth E. Gaschen (the "Gaschen Declaration").

11  **I.    INTRODUCTION**

12  By this Motion, the Trustee requests approval of an asset purchase agreement (the
13  "Agreement") entered into between the Trustee and BY Equities, LLC ("BYE") and the
14  "Rutstein Group") (as defined herein) through their "New Administrative Agent" and their
15  successors, assigns or designees (the "Buyer").  A true and correct copy of the
16  Agreement is attached hereto as Exhibit "1."  The Agreement provides for the Buyer to
17  purchase all of the Estate's interest in the Assets as set forth in Schedule 1 to the
18  Agreement (the "Assets"), as-is, where-is, with no representations or warranties of any
19  kind, free and clear of liens, claims and interests for the purchase price of $5,500,000.00,
20  subject to overbid (the "Sale").  The Buyer will be entitled to credit bid the secured claim in
21  the maximum amount of $5,200,000 toward the purchase price and will deposit $300,000
22  with the Trustee upon execution of the Agreement.

23  Following a review of the Debtor's assets and after consultation with his proposed
24  professionals, the Trustee has determined that maximizing the value of the Estate is best
25  accomplished through an orderly sale pursuant to 11 U.S.C. § 363.  As discussed below,
26  the Trustee believes that a Sale of the Assets pursuant to the procedures set forth in this
27  Motion and the previously filed motion to approve bidding procedures presents the best
28  opportunity to obtain the highest and best value for the Assets.  The value of the Assets is

1140422.1

2

MOTION

Lobel Weiland Golden Friedman LLP

1  difficult to estimate and while the Trustee and his professionals have been actively

2  marketing the Assets and will continue to do so pending the hearing on the Motion, the

3  Buyer's offer to acquire the Assets is the only offer received by the Trustee to date.  The

4  Sale will bring immediate cash into the Estate and is subject to overbid, ensuring that the

5  Estate obtains the highest and best possible price for the Assets.  The Agreement is in the

6  best interests of the Estate and is a valid exercise of the Trustee's business judgment.

7  The Trustee respectfully requests that the Court grant the Motion.

8  **II.    BACKGROUND**

9      The Debtor was formed on August 4, 2010.  The Debtor was founded to develop

10  and market "eSurface"™ technology, patent-protected intellectual property for the

11  manufacture of printed circuit boards and other electronic components.  According to

12  pleadings on file with the Court, the Debtor believed that the eSurface technology could

13  provide substantial direct process cost savings over current manufacturing technology,

14  and could almost completely eliminate toxic waste generated by conventional

15  manufacturing methods.  Prior to the bankruptcy petition, the Debtor raised from investors

16  approximately $16.5 million in order to develop and exploit its eSurface technology.

17      In or about September 2015, the Debtor entered into an *Investment Agreement*

18  dated September 1, 2015, with approximately forty individuals (the "Rutstein Group") and

19  their Administrative Agent.[1]  The alleged loans from the Rutstein Group to the Debtor

20  totaled $1,515,000 (the "Rutstein Loans"), were documented by separate promissory

21  notes (the "Rutstein Notes"), and are allegedly secured by a *Security Agreement* dated

22  September 1, 2015, and a UCC Financing Statement encumbering all of the Debtor's

23  assets, which was filed in the Delaware Department of State on September 17, 2015 (the

24  

25      [1] Pursuant to an alleged *Agency and Interlender Agreement* dated September 1, 2015, the Rutstein
Lenders appointed C. Lawrence Rutstein as the "Collateral Agent" to act on their behalf with respect to their

26  *Security Agreement* and the collateral for the Debtor's obligation to them. Pursuant to the same *Agency and Interlender Agreement*, the Rutstein Lenders appointed C. Lawrence Rutstein, Ronald Harris and Martin

27  Rosen as their "Administrative Agent" with respect to the *Investment Agreement* and the notes from Debtor
to the Rutstein Group.

28  

Lobel Weiland Golden Friedman LLP

1   "Rutstein UCC-1").  The Rutstein Group allegedly made additional loans totaling $587,500

2   such that the total principal amount allegedly owed to the Rutstein Group is $2,102,500,

3   plus accrued interest in excess of $200,000 as of June 21, 2017, fees and costs ("Rutstein

4   Group Claim").

5       In or about August 2016, the Debtor entered into an *Investment Agreement* dated

6   August 5, 2016, with BYE and "BY Equities, LLC, C. Lawrence Rutstein, Ronald Harris

7   and Martine Rose, collectively as administrative agents for Lender."  BYE alleges that

8   pursuant to that agreement, BYE made loans to the Debtor in the amount of $1,000,000 in

9   August 2015, $1,000,000 in October 2016, and $863,000 between February and June 20,

10  2017 (collectively, the "BYE Loans").  The BYE Loans were documented by promissory

11  notes (the "BYE Notes"), and are allegedly secured pursuant to the *Amended and*

12  *Restated Security Agreement* dated August 5, 2016, which was allegedly perfected by the

13  Rutstein UCC-1.  BYE alleges it is owed $2,863,000, plus accrued interest in excess of

14  $70,000 as of June 21, 2017, fees and costs ("BYE Claim," and together with the Rutstein

15  Group Claim, the "Secured Claims").  The Secured Claims allegedly total $4,965,500, plus

16  in excess of $270,000 in accrued interest as of June 21, 2017, fees and costs, for a total

17  of more than $5,235,500 as of June 21, 2017, plus interest, fees and costs accrued

18  thereafter.

19      The Debtor allegedly entered into a *Joinder Agreement* with BYE and the Rutstein

20  Lenders' Administrative Agent to coordinate their joint secured position.  Pursuant to the

21  *Joinder Agreement*, BYE became a party to the Rutstein Lenders' *Agency and Interlender*

22  *Agreement* as if BYE were originally named a lender in that agreement.  BYE alleges that

23  pursuant to a *Majority Lender Consent and Appointment* dated as of August 5, 2016,

24  certain "Approving Lenders," who constituted the "Majority Lenders" under the *Agency*

25  *and Interlender Agreement*, appointed BYE, C. Lawrence Rutstein, Ronald Harris and

26  Martin Rosen as the "New Administrative Agent" under the *Agency and Interlender*

27  *Agreement*. The New Administrative Agent may act through BYE and any one of C.

28  Lawrence Rutstein, Ronald Harris and Martin Rosen.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel (714) 966-1000  Fax (714) 966-1002

1140422.1

MOTION

1    Despite the funding from BYE and the Rutstein Group (together, the "Secured

2  Creditors"), the Debtor was unable to commercialize its technology successfully and the

3  Debtor was not able to generate any significant revenues from the licensing of its

4  technology.  On June 21, 2017, the Debtor filed a voluntary petition under chapter 11 of

5  the Bankruptcy Code (the "Bankruptcy Case").  On October 17, 2017, the case was

6  converted to chapter 7 and the Trustee was appointed as the chapter 7 trustee.

7    Since his appointment, the Trustee and his professionals have reviewed and

8  evaluated the Estate's assets.  In its Schedules filed July 28, 2017, the Debtor listed

9  assets including accounts receivable of $143,500; membership interests in eSurface

10  Portugal valued at $7,641; inventory valued between $4,500 and $9,000; furniture, fixtures

11  and equipment valued at $17,335; a 2006 Honda Accord valued at $5,000; "Murrietta"

12  equipment valued at $80,000; and intellectual property valued at $4,600,000 (the "IP

13  Interests") in its original schedules.  *See* Exhibit "2," docket no. 60.  It is difficult to value,

14  with any degree of accuracy, the IP Interests. The Debtor has no appraisal of the IP

15  interests, but originally scheduled the value at $4,600,000.  In its amended schedules, the

16  Debtor modified its value of the IP Interest as "unknown," but stated that it believed "the

17  value to be at least $4.9 million."  Docket no. 110.  The Debtor's internal estimates of the

18  value of the IP Interests have ranged from several million dollars to an optimistic estimate

19  of in excess of $100 million if the development of the eSurface technology were well

20  funded and the technology extensively marketed.  The Trustee's proposed financial

21  advisors do not believe that there is any significant value to the IP Interests at this time

22  and in the current state of development.

23    The Trustee believes the Estate's assets may also include certain claims against

24  the Debtor's directors and officers and claims under directors and officers insurance

25  policies and errors and omissions insurance policies (the "D&O Claims") and potential

26  avoidance claims under state and federal law (the "Avoidance Claims").  However, there is

27  no certainty that the Avoidance Claims or D&O Claims will ultimately have any value.

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel (714) 966-1000   Fax (714) 966-1002

1140422.1

MOTION

The Debtor's Schedule D lists the following liens against the Assets:

| Secured Party | Amount of Lien |
|---|---|
| Rutstein Lenders (collectively) | $2,002,500.00 |
| Bob Yari (BYE) | $2,863,000.00 |

*See* Exhibit "3."

In addition to the Liens, Schedule G lists the following executory contracts which may give rise to an interest in the Assets (the "Licenses").

| Type of Contract | Claimant | Assets Which May be Subject to the Interest |
|---|---|---|
| License agreement | FTG | Intellectual Property |

*See* Exhibit "4."

A search of public records through Westlaw revealed the following UCC filings exist against the Assets (the "Liens"):

| Filing Date/ Number | Secured Party | State | Status/Comments |
|---|---|---|---|
| 20154139274 | The Rutstein Group | DE | Financing Statement secured by all assets of the Debtor |

A copy of the Westlaw search with the UCC filings is attached to the Gaschen Declaration as Exhibit "5."

III.    **SUMMARY OF THE TERMS OF THE AGREEMENT**

The Trustee and Buyer have entered into the Agreement, which fully describes the terms of the sale of the Assets. The salient terms of the Agreement are as follows:

A.    The Agreement is contingent upon Bankruptcy Court approval of the Agreement and of the Bidding Procedures.

B.    On the Effective Date, the Buyer shall pay the Trustee, for the benefit of the Estate, the sum of $5,500,000 (the "Purchase Price"). In exchange for the Purchase Price, Buyer shall purchase the Estate's interest in the assets set forth in Schedule 1 to the Agreement ("Assets"), without warranty or representation, and free and clear of all claims and interests. The Trustee shall be entitled to make a copy of any and all of the Debtor's books and records that are being sold to the Buyer pursuant to the Agreement.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel (714) 966-1000  Fax (714) 966-1002

1140422.1

6

MOTION

C.  The Buyer shall be entitled to credit bid the Secured Claims in the maximum amount of $5,200,000 ("Credit Bid Amount") toward the Purchase Price pursuant to 11 U.S.C. § 363(k).

D.  Upon execution of the Agreement, the Buyer shall pay to the Trustee a deposit in the amount of $300,000 by means of cashier's check.

E.  The purchase of the Assets shall be subject to overbid.

F.  The Secured Claims shall be deemed allowed in the amount of $5,200,000 ("Allowed Claim Amount"). Any and all amounts claimed by the Buyer on the Secured Claims in excess of the Allowed Claim Amount are deemed waived and disallowed. In the event the Buyer is not the successful purchaser, upon closing of the sale of the Assets to the successful purchaser, the Buyer shall be entitled to payment of $5,200,000, to be paid out of escrow within five business days of the Effective Date, in full satisfaction of the Secured Claims. Following the closing of the sale of the Assets, neither the Buyer nor the Secured Creditors shall be entitled to any further monetary distribution from the Estate, with the exception of the Buyer's D&O Share of the proceeds of any D&O Claims.

G.  The net proceeds of any claims made by or on behalf of the Debtor or the Estate under directors and officers insurance policies and errors and omissions insurance policies, after payment of attorney's fees and costs incurred in collecting on any such claims, shall be split such that 65% of the net proceeds shall belong to and be paid to the Estate and 35% of the net proceeds shall belong to and be paid to the Buyer (the "Buyer's D&O Share"). As additional consideration for the Buyer's D&O Share, the Buyer further agrees to advance any and all out of pocket fees, costs and expenses (other than attorney's, Trustee's and other professionals' fees) incurred by the Trustee attempting to collect on the D&O Claims. Any such sums advanced by the Buyer shall be reimbursed to Buyer first from the proceeds of all D&O Claims and all attorneys' fees incurred in collecting such claims also will be paid before the remaining net proceeds of the D&O Claims are distributed 65% to the Trustee and 35% to the Buyer. The Trustee shall have sole and exclusive standing and authority to pursue or make any decisions regarding the D&O Claims.

H.  Within five business days of the Effective Date, the Trustee shall deliver to the Buyer or its designee a Bill of Sale for the Assets in a form acceptable to the Trustee and the Buyer.

I.  The Buyer shall be entitled to assign all right, title and interest pursuant to the Agreement to a party to be designated by the Buyer prior to the Effective Date, such that the sale of Assets by the Trustee pursuant to the Agreement shall occur to said designee.

J.  Releases as set forth in the Agreement.

1140422.1

7

MOTION

1  (*See* Exhibit "1.")

2  **IV.   THE OVERBID PROCEDURES**

3  On November 13, 2017, the Trustee filed his *Motion for Order Approving Overbid*

4  *Procedures for the Sale of Property* (the "Bid Procedures Motion") [Docket No. 174].  The

5  Bid Procedures Motion sets forth the bidding requirements, including the overbid

6  procedures.

7  **V.   THE COURT SHOULD APPROVE THE AGREEMENT AS A VALID**

8  **EXERCISE OF THE TRUSTEE'S BUSINESS JUDGMENT AND BECAUSE**

9  **THE AGREEMENT IS IN THE BEST INTERESTS OF CREDITORS AND**

10  **THE ESTATE**

11  **A.   The Trustee Should be Authorized to Enter into the Agreement**

12  **Pursuant to 11 U.S.C. § 363(b)**

13  Section 363(b) of the Bankruptcy Code empowers a trustee to "use, sell or

14  lease . . . other than in the ordinary course of business, property of the estate."  In

15  considering a proposed transaction to use, sell, or lease, courts look at whether the

16  transaction is in the best interests of the estate based on the facts and history of the case.

17  *In re American West Airlines*, 166 B.R. 908, 912 (Bankr. D. Ariz. 1994) (citing *In re Lionel*

18  *Corp.*, 722 F.2d 1063, 1071 (2d Cir. 1983)).  This requires examination of the "business

19  justification" for the proposed transaction.  *In re 240 North Brand Partners, Ltd.*, 200 B.R.

20  653 (9th Cir. B.A.P. 1996); *In re Wilde Horse Enterprises, Inc.*, 136 B.R. 830 (Bankr. C.D.

21  Cal. 1991); *In re Ernst Home Center, Inc.*, 209 B.R. 974 (Bankr. W.D. Wash. 1997).

22  In approving any sale outside the ordinary course of business,
the court must not only articulate a sufficient business reason

23  for the sale, it must further find it is in the best interest of the
estate, i.e., it is fair and reasonable, that it has been given

24  adequate marketing, that it has been negotiated and proposed
in good faith, that the purchaser is proceeding in good faith

25  and that it is an 'arms-length' transaction.

26  *In re Wilde Horse Enterprises, Inc.*, 136 B.R. 830, 841 (Bankr. C.D. Cal. 1991); *In re 240*

27  *North Brand Partners, Ltd.*, 200 B.R. 653 (9th Cir. B.A.P. 1996).  A bankruptcy court's

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel (714) 966-1000   Fax (714) 966-1002

1140422.1

MOTION

1  power to authorize a sale under § 363(b) is reviewed for abuse of discretion. *In re Walter*,

2  83 B.R. 14, 19 (9th Cir. B.A.P. 1988).

3        The paramount goal in any proposed sale of property of the estate is to maximize

4  the proceeds received by the estate. *See e.g.*, *In re Food Barn Stores, Inc.*, 107 F.3d

5  558, 564-65 (8th Cir. 2010) (in bankruptcy sales, "a primary objective of the Code [is] to

6  enhance the value of the estate at hand"); *In re Integrated Resources, Inc.*, 147 B.R. 650,

7  659 (Bankr. S.D.N.Y. 1992) ("It is a well-established principle of bankruptcy law that the . .

8  . [trustee's] duty with respect to such sales is to obtain the highest price or greatest overall

9  benefit possible for the estate.") (quoting *Cello Bag Co. Inc. v. Champion Int'l Corp. (In re*

10  *Atlanta Packaging Prods., Inc.*) 99 B.R. 124, 130 (Bankr. N.D. Ga. 1988)); *995 Fifth Ave.,*

11  *Assocs.*, 96 B.R. 24, 28 (Bankr. S.D.N.Y. 1989). As long as the sale appears to enhance

12  a debtor's estate, court approval of a trustee's decision to sell should only be withheld if

13  the trustee's judgment is clearly erroneous, too speculative, or contrary to the provisions

14  of the Bankruptcy Code. *In re Lajijani*, 325 B.R. 282, 289 (B.A.P. 9th Cir. 2005); *GBL*

15  *Holding Co., Inc. v. Blackburn/Travis/Cole, Ltd.*, 331 B.R. 251, 255 (N.D. Tex. 2005); *In re*

16  *WPRV-TV, Inc.*, 143 B.R. 315, 319 (D.P.R. 1991) ("The trustee has ample discretion to

17  administer the estate, including authority to conduct public or private sales of estate

18  property. Courts have much discretion on whether to approve proposed sales, but the

19  trustee's business judgment is subject to great judicial deference.").

20        Here, the Agreement and the proposed Sale of the Assets has a legitimate

21  business justification, the Agreement is fair and reasonable, and the proposed transaction

22  is in the best interests of the Estate and creditors. The Sale is the best means by which to

23  maximize value for the Assets. The Trustee believes, based upon his consultants, that

24  the Purchase Price is reasonable and represents fair value for the Assets. The Assets are

25  not readily marketable and are difficult to value. The Debtor's value have ranged from

26  several million dollars to an optimistic estimate in excess of $100 million if the technology

27  were well funded and the extensively marketed. The Trustee's proposed financial

28  advisors do not believe that there is any significant value to the IP Interests at this time

1140422.1

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel (714) 966-1000   Fax (714) 966-1002

MOTION

1  based upon the current state of development.  The Buyer's offer is in fact the only offer

2  received by the Trustee to date.  Further, because the Agreement provides that the

3  purchase of the Assets is subject to overbid, the Trustee ensuring that the Estate receives

4  the highest and best price for the Assets.  The Sale will also allow the Trustee to liquidate

5  assets of this Estate, satisfying the Trustee's statutory duty to do so, and to move

6  expeditiously towards concluding the administration of the Estate and making a

7  distribution to creditors.

8          The Trustee and his professionals have adequately marketed the Sale and the

9  Assets.  The Trustee has filed the Bid Procedures Motion that was noticed to all creditors

10  of the Estate, approximately 600 creditors, and the notice was also sent to any entity that

11  expressed interest in the Assets, another approximately 300 entities.  The Trustee has

12  also had a meeting with Apple that lasted over an hour, but no interest was expressed

13  after the meeting concluded.  The fact that the Agreement is subject to overbid ensures

14  that any other interested party will have the opportunity to present a higher and better

15  offer that will only serve to benefit the Estate and creditors.  The Trustee will also publish

16  a notice of sale with the Clerk's Office and notice of the hearing will be provided to the

17  Office of the United States Trustee and all creditors.

18          The terms of the Agreement were negotiated and proposed in good faith and are

19  an arms-length transaction.  The Trustee has no prior relationship with the Buyer and was

20  represented by independent legal counsel during the negotiation and documentation of

21  the Agreement.  The Agreement is being proposed in good faith and will provide a benefit

22  to creditors.

23      **B.**      **The Trustee May Sell the Property Free and Clear of Liens, Claims and**

24              **Interests**

25          The Trustee seeks this Court's authority to sell the Assets free and clear of liens,

26  claims and interests pursuant to 11 U.S.C. § 363(f) of the Bankruptcy Code.  Section

27  363(f) provides that:

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel (714) 966-1000  Fax (714) 966-1002

1140422.1

MOTION

> [t]he trustee may sell property. . . free and clear of any interest in such property of an entity other than the estate, only if _. . . .
>
> (1)  applicable nonbankruptcy law permits sale of such property free and clear of such interest;. . .
>
> (2)  such entity consents;. . .
>
> (3)  such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;
>
> (4)  such interest is in bona fide dispute; or
>
> (5)  such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

Because subsections (1) through (5) of Bankruptcy Code § 363(f) are written in the disjunctive, authority to sell the Assets free and clear of any and all interests therein should be granted if, with respect to each lien holder, any of the conditions are met.

The Court should authorize the Sale free and clear of any interests or liens based upon § 363(f)(3) as the Purchase Price exceeds the secured debt against the Assets. The only alleged secured creditors are the Rutstein Group and BYE, which make up the Buyer. As part of the Agreement, the total amount of their alleged secured debt is being limited to $5,200,000. As such, the $5,500,000 Purchase Price is more than the total Allowed Secured Claims against the Estate. Moreover, the Secured Creditors consent to the sale and, thus, subsection (2) of § 363(f) is also satisfied. Further, the Sale would be free and clear of the rights of any licensees of any IP Interests, notwithstanding the provisions of 11 U.S.C. § 365(n) concerning licensees under rejected license agreements. See *Matter of Spanish Peaks Holdings II, LLC*, 872 F.3d 892, 900 (9th Cir. 2017) (approving sale of real property free and clear of leases, notwithstanding 11 U.S.C. § 365(h)).

**C.    The Court Should Approve Payment of the Break-Up Fee to the Buyer in the Event of a Winning Overbid**

As set forth in the Bid Procedures Motion and the Agreement, if the Buyer is not the Successful Bidders at the conclusion of the auction, the Buyer shall be entitled to a break-

Lobel Weiland Golden Friedman LLP
840 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel (714) 966-1000   Fax (714) 966-1002

1140422.1

MOTION

1 up fee in the amount of $50,000 (the "Break-Up Fee"). The Trustee already has sought

2 approval of that Break-Up Fee in the Bid Procedures Motion. If that Fee is approved, it

3 will be due to the Buyer in the event of a successful overbid.

4         The Trustee submits that the proposed Break-Up Fee to the Buyer is a normal, and

5 oftentimes necessary, component of sale (or other similar transactions) outside the

6 ordinary course of business under 11 U.S.C. § 363. In particular, such protections

7 encourage a potential purchaser/investor to invest the requisite time, money, and effort to

8 conduct due diligence and negotiations with a debtor despite the inherent risks and

9 uncertainties of the chapter 11 process. *See, e.g., In re Integrated Resources, Inc.*, 147

10 B.R. 650, 660 (Bankr. S.D.N.Y. 1992) (noting that fees may be legitimately necessary to

11 convince a "white knight" to offer an initial bid by providing some form of compensation for

12 the expenses such bidder incurs and the risks such bidder faces by having its offer held

13 open, subject to higher and better offers); *In re Hupp Indus.*, 140 B.R. 191, 194 (Bankr.

14 N.D. Ohio 1997) (without any reimbursement, "bidders would be reluctant to make an

15 initial bid for fear that their first bid will be shopped around for a higher bid from another

16 bidder who would capitalize on the initial bidders' . . . due diligence"); *In re Marrose Corp.*,

17 1992 WL 33848 at *5 (Bankr. S.D.N.Y. Feb. 15, 1992) (stating that "agreements to provide

18 reimbursement of fees and expenses are meant to compensate the potential acquirer who

19 serves as a catalyst or 'stalking horse' which attracts more favorable offers"); *995 Fifth*

20 *Ave. Assocs.,* 96 B.R. at 28 (finding that bidding incentives may be "legitimately necessary

21 to convince a white knight to enter into the bidding by providing some form of

22 compensation for risks it is undertaking") (citations omitted).

23         While there is no bidding authority in the Ninth Circuit as to the appropriate test to

24 be utilized in determining whether to approve a proposed bidding incentive, such as the

25 Break-Up Fee, three levels of scrutiny have been applied by courts in different

26 jurisdictions, lending guidance on the issue. Many courts, including those in the Southern

27 District of New York, utilize the "business judgment" standard of review. Under this

28 standard, a break-up fee negotiated by the debtor, or trustee, in good faith and with due

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel (714) 966-1000    Fax (714) 966-1002

1140422.1

MOTION

1   care is presumptively valid.  A court will approve bidding incentives where there is no

2   evidence of self-dealing or manipulation, the amounts are reasonable in comparison to the

3   purchase price, and the fee encourages, rather than chills, competitive bidding.  *See, e.g.,*

4   *In re Bidermann Indus. U.S.A., Inc.*, 203 B.R. 547, 552 (Bankr. S.D.N.Y. 1997); *Integrated*

5   *Resources*, 147 B.R. at 657.

6         Other courts (including a bankruptcy court out of Arizona), have held that a break-

7   up fee should be approved when it is in the best interests of the estate.  Under this

8   approach, the court will not simply defer to a debtor's business judgment, but will approve

9   bidding incentives if they are not unduly burdensome and serve the best interests of the

10  estate and its stakeholders.  *See In re American West Airlines, Inc.*, 166 B.R 908 (Bankr.

11  D. Ariz. 1994); *In re S.N.A. Nut Co.*, 186 B.R. 98, 104 (Bankr. N.D. Ill. 1995).

12        Other courts, most particularly, the Third Circuit, have adopted a third

13  "administrative expense" approach, which requires that the bidding incentive provide

14  some benefit to the debtor's estate.  *See Calpine Corp. v. O'Brien Envtl. Energy, Inc. (In*

15  *re O'Brien Evntl. Energy, Inc.)*, 181 F.3d 527, 533 (3d Cir. 1999) (holding that, even

16  though bidding incentives are measured against a business judgment standard in non-

17  bankruptcy transactions, the administrative expense provisions of Bankruptcy Code

18  section 503(b) govern in the bankruptcy context).  *See also Hupp Indus.*, 140 B.R. at 191.

19  In *O'Brien*, the Third Circuit identified at least two instances in which bidding incentives

20  may provide benefit to the estate.  First, the benefit may be founds if "assurance of a

21  break-up fee promoted more competitive bidding, such as by inducing a bid that otherwise

22  would not have been made and without which bidding would have been limited."  *Id.* at

23  537.  Second, where the availability of bidding incentives induces a bidder to research the

24  value of the debtors and submit a bid that serves as a minimum or floor bid on which other

25  bidders can rely, "the bidder may have provided a benefit to the estate by increasing the

26  likelihood that the price at which the debtor is sold will reflect its true worth."  *Id.*

27        Whether evaluated under the "business judgment," "best interests of the estate" or

28  the "administrative expense" standard, the Trustee believes that the Buyer's Break-Up

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel (714) 966-1000   Fax (714) 966-1002

1140422.1

MOTION

1 Fee passes muster and will create a competitive bidding process that benefits, and is in

2 the best interest of, the Estate. The Break-Up Fee is designated to induce the Buyer to

3 submit its bid which serves as the minimum floor bid upon which other bidders may rely.

4 This provides a material benefit to the Estate and creditors by encouraging bidding and

5 increasing the likelihood that the highest possible amount will be received.

6 　　　The Break-Up Fee is also fair and designed to reasonably compensate the Buyer

7 for their diligence and actual out-of-pocket professional fees incurred in negotiating the

8 terms of the Agreement on a reasonably expedited timeline, all of which benefits the

9 Estate. The Trustee believes that the amount of the Break-Up Fee is not unreasonable as

10 a reflection of the risk, effort and expense incurred by the Buyer in negotiating the

11 Agreement and performing their due diligence. The Break-Up fee represents less than

12 0.90% of the Purchase Price and will, of course, represent even a smaller percentage of

13 any successful overbid price.[2]

14 　　　The Break-Up Fee will not have a chilling effect on the sale process. The

15 requested Break-Up Fee is $50,000. The Trustee was careful in determining the amount

16 of the overbid, considering the stalking horse bid and the Break-Up Fee, such that the

17 Break-Up Fee would not have a chilling effect. Rather, the existence of a stalking horse

18 bid increases the likelihood that the highest amount for the Debtor's assets will be

19 received by permitting other qualified bidders to rely on the diligence performed by the

20 Buyer, and moreover, by allowing qualified bidders to utilize the Buyer's agreement as a

21 platform for negotiations and modifications in the context of a competitive bidding process.

22 　　　Finally, the proposed Break-Up Fee is the result of arms-length negotiations

23 between and among the Trustee and the Buyer, with each side being represented by

24 _____

25 　　[2] Bid protections, similar to the Break-Up Fee sought to be approved by this Motion, have been
approved in numerous other chapter 11 cases, and termination or break-up fees in the range of

26 approximately 3% of the purchase price are typically approved. *See Bidermann Indus. U.S.A., Inc.*, 203
B.R. at 552 (criticizing a break-up fee equal to 4.4%); *Integrated Resources*, 147 B.R. at 654 ("average

27 break-up fee in the industry is 3.3%").

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel (714) 966-1000   Fax (714) 966-1002

1140422.1

MOTION

1  separate, independent legal counsel.  The Trustee has no prior relationship with the Buyer
2  and as such, no "self-dealing" or manipulation exists.  The Trustee and his counsel
3  participated in the negotiations for the Break-Up Fee with the goal of encouraging bidding
4  and maximizing the value of the Assets clearly in mind.

5      In sum, the Trustee's ability to grant the Break-Up Fee is reasonable under the
6  circumstances and will enable the Trustee to maximize the value of the Assets while
7  limiting any chilling effect on the sale process.  The commitment by the Buyer to purchase
8  the Assets has conferred tremendous value to the Estate in an amount well in excess of
9  the Break-Up Fee.  Another qualifying offer that results in the purchase of the Assets
10  might never have occurred absent the commitment by the Buyer and under these
11  circumstances, the Buyer is justly entitled to receive the Break-Up Fee.  In the event of a
12  successful overbid, the Trustee should be authorized to pay the Break-Up Fee.

13      **D.    Tax Consequences**

14      To the extent there is any tax liability to the Estate from the sale, such taxes will be
15  paid from the proceeds the Estate receives from the sale.  *See* Marshack Declaration.

16      **E.    Adequate Notice of the Sale is Proposed**

17      The Trustee proposes to provide notice of the sale to be posted by the Clerk's
18  Office and to serve notice of the sale on the Office of the United States Trustee, all
19  creditors, and all other parties who have requested special notice in this case.  Further,
20  the sale is subject to overbid, and the ability of other potentially interested parties to
21  provide competing offers for the Assets ensures that the proposed sale will not result in a
22  lucrative "windfall" to the Buyer at the expense of creditors of the Estate.  *See In re Onouli
23  Kona Land Co.*, 846 F.2d 1170 (9th Cir. 1988).

24  **VI.    CONCLUSION**

25      Based on the foregoing, the Trustee respectfully requests that this Court enter an
26  order:

27      1.    Granting this Motion;

28      2.    Approving the Agreement attached to the Motion as Exhibit "1";

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel (714) 966-1000 • Fax (714) 966-1002

1140422.1

MOTION

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel (714) 966-1000   Fax (714) 966-1002

3.    Authorizing the Trustee to sell the Estate's interest in the Assets as set forth in the Agreement and this Motion;

4.    Authorizing the Trustee to take any and all necessary actions to consummate the sale of the Assets;

5.    Approving the break-up fee of $50,000 if Buyer is not the Successful Purchaser; and

6.    For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated:  November 21, 2017          LOBEL WEILAND GOLDEN FRIEDMAN LLP

By: _____
JEFFREY I. GOLDEN
BETH E. GASCHEN
Attorneys for Richard Marshack,
Chapter 7 Trustee

1140422.1

16

MOTION

## DECLARATION OF RICHARD A. MARSHACK

I, Richard A. Marshack, declare as follows:

1.      I am the chapter 7 trustee for the bankruptcy estate ("Estate") of EarthOne Circuit Technologies Corporation, a Delaware corporation d/b/a eSurface (the "Debtor").  I know each of the following facts to be true of my own personal knowledge, except as otherwise stated, and, if called as a witness, I could and would competently testify with respect thereto.  I make this declaration in support of the *Motion for Order: (1) Authorizing Sale of Property of Property of the Estate Free and Clear of Liens, Claims and Interests Pursuant to 11 U.S.C. §§ 363(b) and (f); and (2) Approving Payment of Break-Up Fee* (the "Motion").  All terms not defined herein shall have the meaning ascribed to them in the Motion.

2.      According to the Court's docket, on June 21, 2017, the Debtor filed its voluntary chapter 11 petition. Upon motion of the United States Trustee, the case was converted to one under chapter 7 by order entered October 17, 2017.  I was appointed the chapter 7 trustee on the same date.

3.      Following my appointment and at my direction, I or my professionals analyzed the Debtor's scheduled assets and analyzed potential claims the Estate may have, including claims for avoidance under state and federal law ("Avoidance Claims") and claims against the Debtor's directors and officers ("D&O Claim").

4.      Attached hereto as Exhibit "2" is a true and correct copy of the Debtor's Schedule A/B.

5.      Attached hereto as Exhibit "3" is a true and correct copy of the Debtor's Schedule G.

6.      Subject to Court approval of the Agreement and the Bidding Procedures, I have entered into the Agreement, which fully describes the terms of the Sale of the Assets.  A true and correct copy of the Agreement is attached hereto as Exhibit "1."

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel (714) 966-1000  Fax (714) 966-1002

1140422.1

MOTION

7.    All of my beliefs set forth herein are based upon the advice of the Estate's consultant, Force 10 Partners LLP. I believe that the proposed sale of the Assets to the Buyer is a valid exercise of my business judgment. I believe the Buyer is offering fair market value for the Assets and that the Sale is fair and reasonable, in the best interest of the Estate and is supported by a valid business purpose. The Assets are not readily marketable and are difficult to value. I have received no other offers for the Assets and know of no other party that may be interested in purchasing the Assets. I will, however, continue to market the Assets pending the hearing on this Motion. The proposed Sale will bring cash into the Estate for the benefit of creditors and is subject to overbid, ensuring that the Estate obtains the highest and best possible price for the Assets.

8.    Over 2 months ago, I participated in a call with Apple and since that call they have expressed no interest in buying the assets.

9.    To my knowledge, the Buyer is not related in any way to me or my counsel. The anticipated Sale of the Assets has been negotiated in good faith with the Buyer in "arms-length" discussions. The Sale will also be conducted in a commercially reasonable manner following appropriate notice to all creditors, with an opportunity for overbids.

10.    I believe the Purchase Price exceeds the secured debt against the Assets.

11.    In my business judgment, I believe that the allowance of a break-up fee of $50,000 to the Buyer, in the event Buyer is not the successful purchaser, is in the best interests of the Estate. The break-up fee induces the Buyer to become the stalking horse bidder and compensates the Buyer for the costs associated with being the stalking horse bidder. Having a stalking horse bidder in place is likely to promote bidding and enhance the ultimate sale price of the Assets. I believe the break-up fee of $50,000 is reasonable in light of the overall sale price of $5,500,000. The break-up fee represents .90% of the Purchase Price.

///

///

///

1140422.1

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel (714) 966-1000  Fax (714) 966-1002

MOTION

1    12.    To the extent there is any tax liability to the Estate from the sale, such taxes
2    will be paid from the funds the Estate receives from the sale.

3    I declare under penalty of perjury that the foregoing is true and correct.

4    Executed on this 20 day of November, 2017, at Irvine, California.

5

6    Richard A. Marshack

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel (714) 966-1000   Fax (714) 966-1002

1140422.1

MOTION

## DECLARATION OF BETH E. GASCHEN

1.      I am an attorney at law duly licensed to practice before this Court and the Courts of California. I am a partner at Lobel Weiland Golden Friedman LLP (the "Firm"), counsel of record for Richard A. Marshack, chapter 7 trustee (the "Trustee") for the bankruptcy estate ("Estate") of EarthOne Circuit Technologies Corporation, a Delaware corporation d/b/a eSurface (the "Debtor"). I know each of the following facts to be true of my own personal knowledge, except as otherwise stated, and, if called as a witness, I could and would competently testify with respect thereto. I make this declaration in support of the *Motion for Order: (1) Authorizing Sale of Property of Property of the Estate Free and Clear of Liens, Claims and Interests Pursuant to 11 U.S.C. §§ 363(b) and (f); and (2) Approving Payment of Break-Up Fee* (the "Motion"). All terms not defined herein shall have the meaning ascribed to them in the Motion.

2.      Based upon the pleadings filed in the Bankruptcy Case, it is my understanding that the Debtor was formed on August 4, 2010. The pleadings provide that the Debtor was founded to develop and market "eSurface"™ technology, patent-protected intellectual property for the manufacture of printed circuit boards and other electronic components. The Debtor believed that the eSurface technology could provide substantial direct process cost savings over current manufacturing technology, and could almost completely eliminates toxic waste generated by conventional manufacturing methods. Prior to the bankruptcy petition, the Debtor raised from investors approximately $16.5 million in order to develop and exploit its eSurface technology.

3.      It is my understanding that in or about September 2015, the Debtor entered into an *Investment Agreement* dated September 1, 2015, with the Rutstein Group and their Administrative Agent.[3] The alleged loans from the Rutstein Group to the Debtor

---

[3] I am informed and believe that pursuant to an alleged *Agency and Interlender Agreement* dated September 1, 2015, the Rutstein Lenders appointed C. Lawrence Rutstein as the "Collateral Agent" to act on their behalf with respect to their *Security Agreement* and the collateral for the Debtor's obligation to them. I am further informed and believe that pursuant to the same *Agency and Interlender Agreement*, the

(Continued...)

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel (714) 966-1000   Fax (714) 966-1002

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel (714) 966-1000   Fax (714) 966-1002

1  totaled $1,515,000 (the "Rutstein Loans"), were documented by the Rutstein Notes, and

2  are allegedly secured by a *Security Agreement* dated September 1, 2015, and the

3  Rutstein UCC-1. The Rutstein Group alleges that it made additional loans totaling

4  $587,500 such that the total principal amount allegedly owed to the Rutstein Group is

5  $2,102,500, plus accrued interest in excess of $200,000 as of June 21, 2017, fees and

6  costs ("Rutstein Group Claim").

7      4.     It is my understanding that in or about August 2016, the Debtor entered into

8  an *Investment Agreement* dated August 5, 2016, with BYE and "BY Equities, LLC, C.

9  Lawrence Rutstein, Ronald Harris and Martine Rose, collectively as administrative agents

10 for Lender." BYE alleges that pursuant to that agreement, BYE made loans to the Debtor

11 in the amount of $1,000,000 in August 2015, $1,000,000 in October 2016, and $863,000

12 between February and June 20, 2017 (collectively, the "BYE Loans"). The BYE Loans

13 were documented by the BYE Notes, and are allegedly secured pursuant to the *Amended*

14 *and Restated Security Agreement* dated August 5, 2016, which was allegedly perfected

15 by the Rutstein UCC-1. BYE alleges it is owed $2,863,000, plus accrued interest in

16 excess of $70,000 as of June 21, 2017, fees and costs. It is alleged that the Secured

17 Claims total $4,965,500, plus in excess of $270,000 in accrued interest as of June 21,

18 2017, fees and costs, for a total of more than $5,235,500 as of June 21, 2017, plus

19 interest, fees and costs accrued thereafter.

20     5.     I understand that the Debtor allegedly entered into a *Joinder Agreement* with

21 BYE and the Rutstein Lenders' Administrative Agent to coordinate their joint secured

22 position. BYE alleges that pursuant to the *Joinder Agreement*, BYE became a party to the

23 Rutstein Lenders' *Agency and Interlender Agreement* as if BYE were originally named a

24 lender in that agreement. BYE further alleges that pursuant to a *Majority Lender Consent*

25 _____

26   (...Continued)

27 Rutstein Lenders appointed C. Lawrence Rutstein, Ronald Harris and Martin Rosen as their "Administrative
   Agent" with respect to the *Investment Agreement* and the notes from Debtor to the Rutstein Group.

28 1140422.1

MOTION

1  *and Appointment* dated as of August 5, 2016, certain "Approving Lenders," who

2  constituted the "Majority Lenders" under the *Agency and Interlender Agreement*,

3  appointed BYE, C. Lawrence Rutstein, Ronald Harris and Martin Rosen as the "New

4  Administrative Agent" under the *Agency and Interlender Agreement*. The New

5  Administrative Agent may act through BYE and any one of C. Lawrence Rutstein, Ronald

6  Harris and Martin Rosen.

7       6.    I am informed and believe based upon the pleadings filed in this Bankruptcy

8  Case, that despite the funding from the Secured Creditors, the Debtor was unable to

9  commercialize its technology successfully and the Debtor was not able to generate any

10  significant revenues from the licensing of its technology.

11       7.    Attached hereto as Exhibit "5" is a true and correct of the Westlaw search

12  that the Firm performed evidencing a single UCC filing, the Rutstein UCC, against the

13  Assets.

14      I declare under penalty of perjury that the foregoing is true and correct.

15      Executed on this 21st day of November, 2017, at Costa Mesa, California.

16

17                              *Beth Gaschen*

18                              Beth E. Gaschen

19

20

21

22

23

24

25

26

27

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel (714) 966-1000  Fax (714) 966-1002

1140422.1

22

MOTION

# EXHIBIT "1"

## ASSET PURCHASE AGREEMENT

THIS ASSET PURCHASE AGREEMENT (the "Agreement") dated November 21, 2017, is made, executed, and entered into between RICHARD A. MARSHACK, solely in his capacity as the chapter 7 trustee ("Trustee") for the bankruptcy estate (the "Estate") of EarthOne Circuit Technologies Corporation, a Delaware corporation d/b/a eSurface (the "Debtor"), on the one hand, and BY Equities, LLC ("BYE"), and the "Rutstein Group" (as defined herein), through their "New Administrative Agent" (as defined herein) and their successors, assigns or designees ("Buyer"), on the other hand (collectively, the "Parties," and each individually, a "Party"), with respect to the following facts, circumstances, understandings and beliefs (collectively, the "Recitals"):

## RECITALS

A.    The Debtor was formed on August 4, 2010.  The Debtor initially was formed as a Wyoming corporation.  Since July 2012, the Debtor has been a corporation organized and existing under the laws of the State of Delaware.

B.    The Debtor was founded to develop and market "eSurface"™ technology, patent-protected intellectual property for the manufacture of printed circuit boards and other electronic components. Prior to the bankruptcy petition, the Debtor raised from investors approximately $16.5 million in order to develop and exploit its eSurface technology.

C.    In or about September 2015, the Debtor entered into an Investment Agreement dated September 1, 2015, with approximately forty individuals ("Rutstein Group") and their "Administrative Agent."[1]  The alleged loans from the Rutstein Group to the Debtor totaled $1,515,000 ("Rutstein Loans"), were documented by separate promissory notes ("Rutstein Notes"), and are allegedly secured by a *Security Agreement* dated September 1, 2015 and a UCC Financing Statement encumbering all of the Debtor's assets, which was filed in the Delaware Department of State on September 17, 2015 ("Rutstein UCC-1"). The Rutstein Group allegedly made additional loans totaling $587,500 such that the total principal amount allegedly owed to the Rutstein Group is $2,102,500, plus accrued interest in excess of $200,000 as of June 21, 2017, fees and costs ("Rutstein Group Claim").

D.    In or about August 2016, the Debtor entered into an Investment Agreement dated August 5, 2016, with BY Equities, LLC and "BY Equities, LLC, C. Lawrence Rutstein, Ronald Harris and Martine Rose, collectively as administrative

---

[1] Pursuant to an alleged *Agency and Interlender Agreement* dated September 1, 2015, the Rutstein Lenders appointed C. Lawrence Rutstein as the "Collateral Agent" to act on their behalf with respect to their *Security Agreement* and the collateral for the Debtor's obligation to them. Pursuant to the same *Agency and Interlender Agreement*, the Rutstein Lenders appointed C. Lawrence Rutstein, Ronald Harris and Martin Rosen as their "Administrative Agent" with respect to the *Investment Agreement* and the notes from Debtor to the Rutstein Group.

1

agents for Lender."  BYE alleges that pursuant to that agreement, BYE made loans to the Debtor in the amount of $1,000,000 in August 2015, $1,000,000 in October 2016, and $863,000 between February and June 20, 2017 (collectively, the "BYE Loans"). The BYE Loans were documented by promissory notes ("BYE Notes"), and are allegedly secured pursuant to the *Amended and Restated Security Agreement* dated August 5, 2016, which was allegedly perfected by the Rutstein UCC-1.  BYE alleges it is owed $2,863,000, plus accrued interest in excess of $70,000 as of June 21, 2017, fees and costs ("BYE Claim," and together with the Rutstein Group Claim, the "Secured Claims").  The Secured Claims allegedly total $4,965,500, plus in excess of $270,000 in accrued interest as of June 21, 2017, fees and costs, for a total of more than $5,235,500 as of June 21, 2017, plus interest, fees and costs accrued thereafter.

E.      The Debtor allegedly entered into a *Joinder Agreement* with BYE and the Rutstein Lenders' Administrative Agent to coordinate their joint secured position. Pursuant to the *Joinder Agreement*, BYE became a party to the Rutstein Lenders' *Agency and Interlender Agreement* as if BYE were originally named a lender in that agreement.  BYE alleges that pursuant to a *Majority Lender Consent and Appointment* dated as of August 5, 2016, certain "Approving Lenders" who constituted the "Majority Lenders" under the *Agency and Interlender Agreement*, appointed BYE, C. Lawrence Rutstein, Ronald Harris and Martin Rosen as the "New Administrative Agent" under the *Agency and Interlender Agreement*. The New Administrative Agent may act through BYE and any one of C. Lawrence Rutstein, Ronald Harris and Martin Rosen.

F.      Despite this funding from BYE and the Rutstein Group ("Secured Creditors"), the Debtor was unable to commercialize its technology successfully -- the Debtor was not able to generate any significant revenues from the licensing of its technology.

G.      The Debtor asserts that it is difficult to value, with any degree of accuracy, its intellectual property (the "IP interests"). The Debtor has no appraisal of the IP interests. The Debtor's internal estimates of the value of the IP Interests have ranged from several million dollars to an optimistic estimate of in excess of $100 million, if the development of the eSurface technology were well funded and the technology extensively marketed.

H.      On June 21, 2017, the Debtor filed a voluntary petition under chapter 11 of the Bankruptcy Code (the "Bankruptcy Case").  On October 17, 2017, the case was converted to chapter 7 and the Trustee was appointed as the chapter 7 trustee.

I.      In its Schedules filed July 28, 2017, the Debtor listed the following assets:

    a.  Accounts Receivable in the amount of $143,500 ("A/R");
    b.  Membership interests in eSurface Portugal valued at $7,641;
    c.  Inventory valued between $4,500 to $9,000;
    d.  Furniture, fixtures and equipment valued at $17,335;
    e.  A 2006 Honda Accord valued at $5,000;
    f.  "Murrietta" equipment valued at $80,000; and

2

g.  Intellectual property valued at $4,600,000.

J.      The Estate may also include other assets, including, but not limited to, certain claims against the Debtor's directors and officers and claims under directors and officers insurance policies and errors and omissions insurance policies (collectively, the "D&O Claims") and certain avoidance claims under federal and state law ("Avoidance Claims").

## AGREEMENT

Pursuant to the foregoing Recitals and for good and valuable consideration, the sufficiency of which is acknowledged by the Parties, the Parties agree as follows:

## ARTICLE 1
## APPROVAL ORDER, FINDINGS, AND BINDING EFFECT OF AGREEMENT

**1.1    Binding Effect.**  This Agreement shall become effective and binding the first business day (the "Effective Date") after the Bankruptcy Court order approving this Agreement and authorizing Trustee to enter into this Agreement with the Buyer becomes a Final Order.  "Final Order" means an order of the Bankruptcy Court entered on the Bankruptcy Court docket (i) that is not timely appealed, or (ii) that is timely appealed but no order staying the effects of the approval order is obtained within fifteen (15) days after entry of the approval order, or (iii) it is timely appealed and stayed but the appellate court with proper jurisdiction affirms the approval order and no subsequent appeal is taken.

**1.2    Court Approval.**  The Agreement is contingent upon Bankruptcy Court approval of this Agreement and of the Bidding Procedures, as defined herein.  As reasonably practicable after execution of this Agreement, the Trustee shall file a motion seeking approval of the Bidding Procedures and shall file a motion seeking authority to enter into this Agreement and for approval of the Agreement.  All Parties shall in good faith exercise all reasonable efforts to cooperate with the Trustee and obtain an order approving the Agreement, including, if necessary, appearing at hearings and preparing and filing supporting notices, motions and other documents necessary to obtain an order approving the Agreement or for the resolution of an appeal or motion for stay, review, reconsideration, re-argument, rehearing, or certiorari relating to the appeal. As a condition to the effectiveness of this Agreement, the Bidding Procedures must be approved on a date prior to the hearing on the motion for authority to enter into this Agreement and for approval of the Agreement, unless said condition is waived by Buyer in the exercise of its sole discretion.

EXHIBIT "1"
Page 25

## ARTICLE 2
## TERMS OF THE SALE

**2.1**    **Purchase of the Estate's Assets.**

    a.    On the Effective Date, Buyer shall pay the Trustee, for the benefit of the Estate, the sum of $5,500,000.00 (the "Purchase Price").

    b.    In exchange for the Purchase Price, Buyer shall purchase the Estate's interest in the assets as set forth in Schedule 1 ("Assets"), without warranty or representation, and free and clear of all claims and interests.  The Trustee shall be entitled to make a copy of any and all of the Debtor's books and records that are being sold to Buyer pursuant to this Agreement.

    c.    Buyer shall be entitled to credit bid the Secured Claims in the maximum amount of $5,200,000 ("Credit Bid Amount") toward the Purchase Price pursuant to 11 U.S.C. § 363(k).

    d.    Upon execution of this Agreement, Buyer shall pay to the Trustee a deposit in the amount of $300,000 by means of cashier's check.

    e.    All payments to the Trustee shall be made payable to "Richard A. Marshack, Chapter 7 Trustee" and sent to the address set forth below. The Payment shall be held in conformity with the rules and requirements set by the Office of the United States Trustee until the Effective Date.

        Richard A. Marshack, Chapter 7 Trustee
        Marshack Hays LLP
        870 Roosevelt Avenue
        Irvine, California 92620

**2.2**    **Subject to Overbids and Bidding Procedures.**  The purchase of the Assets shall be subject to overbid. The bidding procedures shall include, but are not limited to, the terms set forth in this Section 2.2 (collectively, "Bidding Procedures"). Buyer shall be entitled to credit bid the sum of $5,200,000 for the Assets based upon an allowed secured claim in that amount, as set forth herein.  The initial minimum overbid shall be at least $5,570,000, with each subsequent bid in increments of $20,000.  Any overbidder shall be pre-qualified by the Trustee, and such qualification shall include verification of the overbidder's ability to accept and perform under the purchase agreement on the same terms and conditions set forth in this Agreement.  Any overbidder will be required to deposit 10% of the proposed overbid with the Trustee by the overbid deadline.  In the event there are overbidders and the Buyer is not the successful purchaser, upon closing of the sale of the Assets to the successful purchaser, Buyer shall be entitled to a break-up fee in the amount of $50,000.  In the event that Buyer is not the winning bidder for all or any part of the Assets, the Trustee

4

shall return the Buyer's $300,000 deposit to the Buyer within five business days of the Effective Date.

**2.3**    **The Secured Claims.**    The Secured Claims shall be deemed allowed in the amount of $5,200,000.00 ("Allowed Claim Amount").  Any and all amounts claimed by Buyer on the Secured Claims in excess of the Allowed Claim Amount are deemed waived and disallowed.  In the event the Buyer is not the successful purchaser, upon closing of the sale of the Assets to the successful purchaser, Buyer shall be entitled to payment of $5,200,000, to be paid out of escrow within five business days of the Effective Date, in full satisfaction of the Secured Claims.  Following the closing of the sale of the Assets, neither the Buyer nor the Secured Creditors shall be entitled to any further monetary distribution from the Estate, with the exception of the Buyer's D&O share of the proceeds of any D&O Claims.

**2.4**    **D&O Claims.**    The net proceeds of any claims made by or on behalf of the Debtor or the Estate under directors and officers insurance policies and errors and omissions insurance policies, after payment of attorney's fees and costs incurred in collecting on any such claims, shall be split such that 65% of the net proceeds shall belong to and be paid to the Estate and 35% of the net proceeds shall belong to and be paid to the Buyer (the "Buyer's D&O Share").  As additional consideration for the Buyer's D&O Share, the Buyer further agrees to advance any and all out of pocket fees, costs and expenses (other than attorney's, Trustee's and other professionals' fees) incurred by the Trustee attempting to collect on the D&O Claims.  Any such sums advanced by the Buyer shall be reimbursed to Buyer first from the proceeds of all D&O Claims and all attorneys' fees incurred in collecting such claims also will be paid before the remaining net proceeds of the D&O Claims are distributed 65% to the Trustee and 35% to the Buyer.  The Trustee shall have sole and exclusive standing and authority to pursue or make any decisions regarding the D&O Claims.

**2.5**    **Bill of Sale.**    Within five business days of the Effective Date, the Trustee shall deliver to the Buyer or its designee a Bill of Sale for the Assets in a form acceptable to the Trustee and Buyer.

**2.6**    **Designee of Buyer.**    Buyer shall be entitled to assign all right, title and interest pursuant to this Agreement to a party to be designated by Buyer prior to the Effective Date, such that the sale of Assets by the Trustee pursuant to this Agreement shall occur to said designee.

**ARTICLE 3**
**RELEASE OF CLAIMS**

**3.1**    **Release of Claims Against Trustee and the Estate by Buyer.**    Except as otherwise provided in this Agreement, on the Effective Date, Buyer for itself and the Secured Creditors, their successors, assigns, agents, and attorneys, shall be deemed to have released and discharged the Trustee, in both his official and personal capacity, the Estate, and their agents, administrators, attorneys, and accountants from any and all

5

interests, claims, demands, controversies, actions, causes of action, suits, proceedings, obligations, liabilities, fines, penalties, costs, expenses, attorneys' fees, and damages whatsoever character, nature, or kind, in law or in equity, whether known or unknown, fixed or contingent, and liquidated or unliquidated, which they may now own or hold, or may have previously owned or held, or may in the future own or hold, including, but not limited to, any claims arising out of or relating to the Estate, the Assets, the Secured Claims, and the Bankruptcy Case.

**3.2     Release of Claims Against the Buyer by the Trustee and the Estate.**  Except as otherwise provided in this Agreement, on the Effective Date, the Trustee and the Estate for themselves and their successors, assigns, agents, and attorneys, shall be deemed to have released and discharged the Buyer and its agents, administrators, attorneys, and accountants from any and all interests, claims, demands, controversies, actions, causes of action, suits, proceedings, obligations, liabilities, fines, penalties, costs, expenses, attorneys' fees, and damages whatsoever character, nature, or kind, in law or in equity, whether known or unknown, fixed or contingent, and liquidated or unliquidated, which they may now own or hold, or may have previously owned or held, or may in the future own or hold, including, but not limited to, any claims arising out of or relating to the Estate, the Assets, the Secured Claims, and the Bankruptcy Case.

**3.3     Waiver of Section 1542.**  The Parties recognize, acknowledge, and waive the provisions of California Civil Code Section 1542, which provides:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

In waiving the provisions of Section 1542 of the California Civil Code, the Parties acknowledge that they may hereafter discover facts in addition to or different than those which they now believe to be true with respect to the matters released herein, but agree that they have taken that possibility into account in reaching this settlement, and the releases given herein shall remain in effect as a full and complete release notwithstanding the discovery or existence of such additional or different facts, as to which they expressly assume the risk.

## ARTICLE 4
## ADDITIONAL REPRESENTATIONS AND WARRANTIES

**4.1     Capacity to Enter Into the Agreement.**  Buyer hereby states, certifies, warrants, and represents to Trustee that it has the right, power, capacity, and authority to enter into this Agreement, to fully perform its obligations under this Agreement including, but not limited to the right to credit bid the Secured Claims, and neither this Agreement nor the release of any claim pursuant to this Agreement violates any agreement by which it is bound.  The Trustee, upon the Bankruptcy Court's approval of this Agreement, states, certifies, warrants, and represents to Buyer that he has the right, power, capacity, and authority to enter into this Agreement, to fully perform his

EXHIBIT "1"
Page 28

obligations under this Agreement, and this Agreement does not violate any agreement by which he is bound.

**4.2**    **Representation by Legal Counsel.**  Each Party represents that they acted pursuant to the advice of independent legal counsel of their own choosing in connection with the negotiation, preparation, and execution of this Agreement, or that they were advised to obtain the advice of such independent legal counsel, had fair and reasonable opportunity to obtain the advice of such legal counsel and willfully declined to obtain the advice of such independent legal counsel.

**4.3**    **No Undisclosed Inducements.**  The Parties represent that they entered into this Agreement solely in reliance upon their own independent investigation and analysis of the relevant facts and circumstances, and that no representations or warranties other than those set forth in this Agreement were made by any other party or any employee, agent or attorney of any other party to induce said party to enter into this Agreement.

**4.4**    **Good Faith and Fair Dealing.**  This Agreement was negotiated in good faith, at arm's length, and for good, reasonable and fair consideration as to all Parties.

**4.5**    **Truth and Accuracy of Warranties and Representations.**  Each warranty and representation set forth in this Agreement will be, and the Party making the same will cause same to be, true and correct from the time of execution of this Agreement, until the performance by such Party of each and all of the Parties' obligations under this Agreement.

**4.6**    **Survival.**  This Agreement and each statement, certification, representation, warranty, disclosure, disclaimer, waiver, duty, obligation, promise, covenant, agreement, term, condition and provision set forth in this Agreement will survive the consummation of all terms and conditions of this Agreement.

## ARTICLE 5
## GENERAL TERMS AND PROVISIONS

**5.1**    **Further Assurances.**  The Parties agree that they will execute any and all additional documents and take all additional steps which may be necessary to consummate the Agreement.

**5.2**    **Entire Agreement.**  This Agreement will constitute the entire agreement between the Parties and supersedes all prior or contemporary understandings or agreements.  No supplement, modification, waiver or termination shall be binding or enforceable unless executed in writing by the Parties to be bound thereby.

**5.3**    **No Waiver.**  No waiver of any of the provisions of the Agreement shall be deemed, or shall constitute a waiver of any other provisions, whether or not similar, nor shall any waiver constitute a continuing waiver.  No waiver shall be binding unless executed by the Party making the waiver.

EXHIBIT "1"
Page 29

**5.4** **Modification.**  The Agreement shall not be modified by any Party by oral representation made before or after the execution of the Agreement.  All modifications must be in writing and signed by all Parties.

**5.5** **Failure or Delay Not a Waiver.**  No failure or delay on the part of any Party to exercise any right hereunder, nor any other indulgence of such Party, shall operate as a waiver of any other rights hereunder, nor shall any single exercise by any Party of any right hereunder preclude any other or further exercise thereof.  The rights and remedies herein provided are cumulative and not exclusive of any right or remedies provided by law.

**5.6** **Construction.**  Each Party will be deemed to have had equal bargaining strength in the negotiation of this Agreement and equal responsibility for the preparation of this document and any exhibits hereto, such that neither this document, nor any exhibit hereto, nor any uncertainty or ambiguity herein or therein, will be arbitrarily construed or resolved against any Party pursuant to any law or rule of construction to the effect that ambiguities in documents are to be construed against the drafter of the document.

**5.7** **Severability.**  In the event that any term or provision of this Agreement is held by any court of competent jurisdiction to be illegal, invalid, or unenforceable for any reason, then the remaining portions of this Agreement will nonetheless remain in full force and effect, unless such portion of the Agreement is so material that its deletion would violate the obvious purpose and intent of the Parties.

**5.8** **No Other Beneficiaries.**  The Parties acknowledge that this Agreement is solely for their own benefit and that of their successors and assigns.

**5.9** **Limitation of Remedies and Damages.**  In the event that there is any dispute under this Agreement, the aggrieved Party shall not be entitled to exemplary or punitive damages so that the aggrieved Party's remedy in connection with any action arising under or in any way related to this Agreement shall be limited to a breach of contract action and any damages in connection therewith are limited to actual and direct damages.

**5.10** **Attorneys' Fees.**  In the event that any litigation, arbitration or other proceeding is brought to enforce or interpret any part of this Agreement, or because of an alleged dispute, default, misrepresentation, or breach in connection with any of the provisions of this Agreement, the successful or prevailing party shall be entitled to recover as costs of suit and not as damages, reasonable attorneys' fees, costs and expenses actually incurred in connection therewith.

**5.11** **Governing Law and Jurisdiction.**  This Agreement is made under and will be construed in accordance with and governed by the laws of the State of California.  In the event that a dispute arises regarding this Agreement, the Bankruptcy Court in the Central District of California, Santa Ana Division shall have exclusive jurisdiction to interpret and enforce this Agreement.

EXHIBIT "1"
Page 30

**5.12**    **Notices.**    Except as otherwise provided by this Agreement, any notices or other communications to be given pursuant to this Agreement shall be delivered to the appropriate Party and their counsel at the address shown below, until written notice of a different address is given by such Party or counsel in accordance with this section.  Any notices or other communications must be in writing.  Any notices or other communications given by personal service shall be deemed to have been received upon delivery.  Any notices or other communications given by first class mail, postage prepaid, addressed to the address required by this section, shall be deemed to have been received three business days following the deposit thereof with the United States Post Office.  Any notices or other communications given by overnight courier service shall be deemed to have been received on the date of delivery confirmed by the courier service.  Any notice given by facsimile transmission shall be deemed to have been received on the date upon which the recipient's facsimile machine electronically confirms the receipt of such notice.

| | |
|---|---|
| To the Trustee: | Richard A. Marshack<br>MARSHACK HAYS LLP<br>870 Roosevelt Avenue<br>Irvine, California 92620-5749 |
| With a copy to<br>the Trustee's Counsel: | Jeffrey I. Golden<br>Beth E. Gaschen<br>LOBEL WEILAND GOLDEN FRIEDMAN LLP<br>650 Town Center Drive, Suite 950<br>Costa Mesa, California 92626<br>Telephone:   (714) 966-1000<br>Facsimile:    (714) 966-1002<br>Email:         jgolden@lwgfllp.com<br>                   bgaschen@lwgfllp.com |
| To Buyer: | Bob Yari<br>BY EQUITIES, LLC<br>10850 Wilshire Blvd, Suite 1250<br>Los Angeles, CA 90024<br>Telephone:   (310) 689-1450<br>Email:         bob@yarifilmgroup.com |
| | The Rutstein Group<br>16164 Via Monte Verde<br>Delray Beach, Florida 33446<br>Telephone: (561) 703-6263<br>Email:        rutstein@comcast.com |

EXHIBIT "1"
Page 31

With a copy to Buyer's
Counsel:

Daniel J. McCarthy
HILL, FARRER & BURRILL LLP
One California Plaza
300 S. Grand Ave., 37th Floor
Los Angeles, California 90071
Telephone:   (213) 621-0802
Email:        dmccarthy@hillfarrer.com

**5.13   Counterparts and Electronic Signatures.** This Agreement may be executed in counterparts, which shall together constitute one document.  A facsimile or electronic signature shall constitute an original signature.  When counterparts have been executed by all the Parties, this Agreement shall become effective pursuant its terms.

**5.14   Meaning of Pronouns and Effect of Headings.** As used in this Agreement, the masculine, feminine and/or neuter gender, and the singular or plural form shall include the other gender or form when appropriate.  The captions and paragraph headings in this Agreement are used solely for convenience or reference and shall not restrict, limit or otherwise affect the meaning of this Agreement.

DATED:  November 20, 2017

RICHARD A. MARSHACK, Chapter 7 Trustee
of the Bankruptcy Estate of EarthOne Circuit
Technologies Corporation

DATED:  November 20, 2017

BY EQUITIES, LLC, for itself and as New
Administrative Agent for BY Equities, LLC, and
the Rutstein Group

_____
Bob Yari, its authorized agent

DATED: November 20, 2017

The "Rutstein Group"

_____
C. Lawrence Rutstein, as New Administrative
Agent for BY Equities, LLC, and the Rutstein
Group

10

|                              |                                           |
|------------------------------|-------------------------------------------|
| With a copy to Buyer's Counsel: | Daniel J. McCarthy<br>HILL, FARRER & BURRILL LLP<br>One California Plaza<br>300 S. Grand Ave., 37th Floor<br>Los Angeles, California 90071<br>Telephone:   (213) 621-0802<br>Email:        dmccarthy@hillfarrer.com |

**5.13    Counterparts and Electronic Signatures.**  This Agreement may be executed in counterparts, which shall together constitute one document.  A facsimile or electronic signature shall constitute an original signature.  When counterparts have been executed by all the Parties, this Agreement shall become effective pursuant its terms.

**5.14    Meaning of Pronouns and Effect of Headings.**  As used in this Agreement, the masculine, feminine and/or neuter gender, and the singular or plural form shall include the other gender or form when appropriate.  The captions and paragraph headings in this Agreement are used solely for convenience or reference and shall not restrict, limit or otherwise affect the meaning of this Agreement.


DATED:  November 20, 2017

_____
RICHARD A. MARSHACK, Chapter 7 Trustee
of the Bankruptcy Estate of EarthOne Circuit
Technologies Corporation


DATED:  November 21, 2017

BY EQUITIES, LLC, for itself and as New
Administrative Agent for BY Equities, LLC, and
the Rutstein Group

_____
Bob Yari, its authorized agent


DATED: November 21, 2017

The "Rutstein Group"

_____
C. Lawrence Rutstein, as New Administrative
Agent for BY Equities, LLC, and the Rutstein
Group

10

With a copy to Buyer's
Counsel:

Daniel J. McCarthy
HILL, FARRER & BURRILL LLP
One California Plaza
300 S. Grand Ave., 37th Floor
Los Angeles, California 90071
Telephone:    (213) 621-0802
Email:    dmccarthy@hillfarrer.com

**5.13    Counterparts and Electronic Signatures.** This Agreement may be executed in counterparts, which shall together constitute one document.  A facsimile or electronic signature shall constitute an original signature.  When counterparts have been executed by all the Parties, this Agreement shall become effective pursuant its terms.

**5.14    Meaning of Pronouns and Effect of Headings.** As used in this Agreement, the masculine, feminine and/or neuter gender, and the singular or plural form shall include the other gender or form when appropriate. The captions and paragraph headings in this Agreement are used solely for convenience or reference and shall not restrict, limit or otherwise affect the meaning of this Agreement.

DATED:  November 20, 2017

RICHARD A. MARSHACK, Chapter 7 Trustee of the Bankruptcy Estate of EarthOne Circuit Technologies Corporation

DATED:  November 21, 2017

BY EQUITIES, LLC, for itself and as New Administrative Agent for BY Equities, LLC, and the Rutstein Group

Bob Yari, its authorized agent

DATED: November 21, 2017

The "Rutstein Group"

C. Lawrence Rutstein, as New Administrative Agent for BY Equities, LLC, and the Rutstein Group

# SCHEDULE 1

Asset Schedule

Any and all right, title and interest of  EarthOne Circuit Technologies Corporation, a Delaware corporation (the "Debtor") and the chapter 7 estate of the Debtor in case no. 8:17-bk-12521-CB (the "Bankruptcy Case") pending in the United States Bankruptcy Court for the Central District of California, Santa Ana Division (the "Court"), in the following specifically identified assets (collectively, the "Assets") is being sold and transferred to the Buyer, "as-is, where-is" with no representations or warranties of any kind; if not set forth below, any right, title and interest of the Debtor and the Estate to any asset shall remain property of the Estate:

- All inventory;
- Accounts, including accounts receivables and deposit accounts;
- Instruments;
- Rights to executory contracts;
- Rights to license agreements;
- Rights to payment of money under executory and non-executory contracts, purchase orders, invoices and license agreements;
- Furniture; fixtures; equipment, including the "Murrietta" equipment; computers, computer hardware and computer software, including without limitation the assets identified in Schedule 1-1;
- Goodwill;
- Client and customer lists;
- Books and records, whether maintained electronically or otherwise, except that the Trustee may make a copy of the books and records;
- Licenses, including the FTG license;
- Permits;
- Intellectual property, including, without limitation, patents, trade names, copyrights, trademarks, trade secrets, domain names, websites, and all related royalty rights and proceeds, including without limitation the assets identified in Schedule 1-2;
- Securities and interests in other entities, including eSurface Portugal;
- Telephone numbers;
- All proceeds directly related or arising from the foregoing;
- All other miscellaneous assets related to any of the foregoing;
- Causes of action, claims, and defenses directly related to the enforcement of intellectual property and licenses and to the collection of accounts receivable and amounts due or to become due under executory and non-executory contracts, purchase orders, invoices and licenses
- 35% of the net proceeds of any claims made by or on behalf of the Debtor or the Estate under directors and officers insurance policies and errors and omissions insurance policies, after payment of attorneys' fees and costs incurred in collecting on any such claims

# SCHEDULE 1-1

Compiled in Good Faith by current office Staff. The items Account for the Production Line at Murrietta were included in Asset Sheets provided to Mr. Spaziangore by prior management. There may be additional assets believed to be stored in PODS - may or may not be

| QTY | Description | Category | storage | NP | dispose | Img # | Cost | FMV | Sales price | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | executive chairs | furn. | 5 | | 5 | 6399 | | | $200.00 | |
| 20 | executive guest chairs | furn. | 12 | | 8 | 6400 | | | $50.00 | |
| 1 | leather chair - lobby | furn. | x | | | 6428 | | | $50.00 | |
| 1 | leather sofa - lobby | furn. | x | | | 6427 | | | $100.00 | |
| 1 | coffee table - lobby | furn. | x | | | 6403 | | | $20.00 | |
| 2 | end table - lobby | furn. | x | | | 6421 | | | $20.00 | |
| 1 | reception counter/desk - lobby | furn. | x | | | 6429, 6430 | | | $200.00 | |
| 1 | silk plant - lobby | furn. | x | | | 6433 | | | $10.00 | |
| 1 | conference room table - 8' | furn. | x | | | 6404 | | | $200.00 | |
| 8 | conference room chairs | furn. | x | | | 6405 | | | $200.00 | |
| 1 | conference room credenza | furn. | x | | | 6408 | | | $100.00 | |
| 2 | conference room speaker phone - conf. room | furn. | x | | | 6434 | | | $50.00 | |
| 1 | conference room wall cabinet/whiteboard | furn. | x | | | 6436, 6437 | | | $50.00 | |
| 3 | Office Chatais | furn. | x | | | 6413, 6416, 6417 | | | $200.00 | |
| 1 | executive desk w/ return & credenza (Dick) | furn. | x | | | 6414 | | | $200.00 | |
| 1 | executive desk with return (Fred) | furn. | x | | | 6418 | | | $200.00 | |
| 1 | executive credenza with upper cabinet | furn. | x | | | 6409 | | | $100.00 | |
| 2 | executive bookshelf | furn. | x | | | 6396, 6397 | | | $50.00 | |
| 1 | executive bookshelf - tall | furn. | x | | | 6398 | | | $50.00 | |
| 3 | executive file cabinet - lateral | furn. | x | | | 6422, 6423 | | | $50.00 | |
| 1 | Jr. executive table - oval 5.5' | furn. | x | | | 6432 | | | $50.00 | |
| 1 | Jr. executive credenza - 5.5' | furn. | x | | | 6407 | | | $50.00 | |
| 1 | Jr. executive file cabinet | furn. | x | | | 6456 | | | $50.00 | |
| 1 | Jr. executive table - round | furn. | x | | | 6431 | | | $50.00 | |
| 1 | metal file cabinet - tall lateral 4 drawer | furn. | x | | | 6448 | | | $20.00 | |
| 1 | Jr. executive desk with return | furn. | x | | | 6412 | | | $20.00 | |
| 1 | presentation easel | furn. | x | | | 6438 | | | $20.00 | |
| 2 | White boards - 6'x4' | office sup. | x | | | | | | $50.00 | |
| 1 | Bakers rack | warehouse | x | | | 6445 | | | $10.00 | |
| 4 | HD Shelving - 18x68x72 | warehouse | x | | | 6446 | | | $20.00 | |
| 4 | Chemical storage - overhead metal | lab | x | | | | | | $200.00 | |
| 1 | Safe | lab | x | | | | | | $200.00 | |
| 1 | conference table - 12' | lab | x | | | 6406 | | | $50.00 | |
| 2 | Jr. executive file cabinet - lateral | furn. | x | x | x | 6425, 6426 | | | $50.00 | |
| 7 | student desk chairs | furn. | x | | x | 6402 | | | $50.00 | |
| 3 | student desk | furn. | | 3 | 5 | | | | $50.00 | |
| 25 | framed pictures | furn. | | | x | 6420 | | | $1.00 | |

| Qty | Description | Location | | | Number | Amount | |
|---|---|---|---|---|---|---|---|
| 1 | Tradeshow collateral | office sup. | x | | | $0.00 | |
| 1 | Office supplies - various | office sup. | | x | | $0.00 | |
| 1 | Industrial racks | warehouse | | x | | $50.00 | |
| | Assets IN USE or at least not in PODS | | | | | | |
| 2 | metal desk - 6' gray | furn. | | | 6454, 6455 | $50.00 | |
| 1 | metal file cabinet - small lateral 4 drawer | furn. | | | 6452 | $20.00 | |
| 6 | metal file cabinet - tall 4 drawer metal | furn. | | | 6453 | $100.00 | |
| 4 | metal storage cabinet - tall | furn. | | | 6449, 6450, 6451 | $100.00 | |
| 1 | 2006 Honda Accord | | | | | $5,000.00 | |
| 1 | Gen 3 Modified ChemCut Production Line - Lab Equipment | Murrietta Lab | x | | | $80,000.00 | Cost when new $238,000.00 |
| | ALL PAID ASSETS | | | | | $1,500.00 | |

Compiled in Good Faith by current & surplus Staff. The Honda Accord, not the Product or Line at Murrietta were included in Asset Sheets provided to Mr. Spoonamore or prior management. There may be additional assets.

| QTY | Description | Category | storage | NP | Home Office | dispose | Img # | Cost | FMV | Sales price | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Servers | IT | 4 | | 1 | | | | | $4,000.00 | |
| 4 | Polycom ip550 ip phone | | | | 1 | | | | | $60.00 | |
| 9 | Polycom ip335 ip phone | | 3 | | 6 | | | | | $405.00 | |
| 2 | Polycome ip5000 conference ip phone | | 1 | 1 | | | | | | $200.00 | |
| 1 | Netgear ProSAFE GS748T 48-Port Switch | | 1 | | | | | | | $400.00 | |
| 2 | Brother MFC-L8850* | | 2 | | | | | | | $40.00 | |
| 2 | 5 port switch | | 2 | | | | | | | $20.00 | |
| 1 | Mac Pro | | | | 1 | | | | | $500.00 | |
| 8 | Monitors | | | 1 | 7 | | | | | $400.00 | |
| 1 | Router pfSense (still in studio) | | | 1 | | | | | | $50.00 | |
| 1 | desktop computer (michelle's) | | | | 1 | | | | | $499.00 | |
| 4 | desktops computers (Fred Alex Doug Ken) | | | | 4 | | | | | $2,000.00 | |
| 1 | Acer Laptop (Spoonamore) | | | | 1 | | | | | $700.00 | |
| 2 | Lenovo Yoga 2 Pro - Laptop (Alex, Rick) | | | | 2 | | | | | $1,000.00 | |
| 1 | Bill's Computer - still with Bill | | | | | 1 | | | | $1,000.00 | |

TOTAL IT EQUIPMENT

# SCHEDULE 1-2

EarthOne Trademark Registration Summary

| GDP | Country | Trademark | Registration No. | Application No. | Other Number | File Date | Status | Published/Registered Date | Classes of Goods and Services |
|---|---|---|---|---|---|---|---|---|---|
| 21 | Argentina | DEP | 3,147,547 | 3,147,547 | n/a | 2/24/2012 | registered | | 09 |
| 21 | Argentina | eSurface | 3,147,551 | 3,147,551 | n/a | 2/24/2012 | registered | | 40 |
| 21 | Argentina | DEP | 2,580,735 | 3,147,548 | n/a | 2/24/2012 | registered | | 40 |
| 21 | Argentina | eSurface | 2,579,753 | 3,147,550 | n/a | 2/24/2012 | registered | | 09 |
| 13 | Australia | DEP | 1476507 | 1476507 | n/a | 2/23/2012 | registered | | 40 and 09 |
| 13 | Australia | eSurface | 1476450 | 1476450 | n/a | 2/23/2012 | registered | 2/23/2012 | 40 and 09 |
| 9 | Brazil | DEP | 840,036,582 | 840,036,574 | n/a | 2/27/2012 | published | | 09 |
| 9 | Brazil | eSurface | 840,036,582 | 840,036,582 | 601494847 | 2/27/2012 | published | | 40 |
| 9 | Brazil | DEP | 840,036,556 | 840,036,556 | 601494833 | 2/27/2012 | published | | 40 |
| 9 | Brazil | eSurface | 840036558 | 540,036,558 | 601494833 | 2/27/2012 | published | | 09 |
| 10 | Canada | DEP | | 1565686 | T6771956CA | 2/24/2012 | published | 11/13/2013 | 01 & 09 |
| 10 | Canada | eSurface | | 1565680 | T6771955CA | 2/24/2012 | published | 11/13/2013 | 01 & 09 |
| 2 | China | DEP | 10527002 | 10527002 | 11200003 | 2/24/2012 | pending | | 01 |
| 2 | China | DEP | 10527203 | 10527203 | 11200000 | 2/24/2012 | registered | | 09 |
| 2 | China | eSurface | 10527200 | 10527200 | 11200001 | 2/24/2012 | registered | | 09 |
| 2 | China | eSurface | 10527201 | 10527201 | 11200002 | 2/24/2012 | registered | | 40 |
| 2 | China | DEP | 5529769 | | T1200002 | 2/24/2012 | pending | | 01 |
| 3 | Japan | DEP | 5578124 | 2012-0133348 | | 2/24/2012 | registered | 10/19/2012 | 01 and 09 |
| 11 | South Korea | DEP | 4500496240000 | 45-2013-0001445 | Y127N-1021 | 3/15/2013 | registered | 3/15/2013 | 40 |
| 11 | South Korea | eSurface | 4500494270000 | 40-2012-0012540 | Y127N-1022 | 2/24/2012 | registered | 5/16/2014 | 40 and 09 |
| 38 | Malaysia | Covaler | | 2014058289 | | 6/6/2014 | published | 7/21/2016 | 09 |
| 38 | Malaysia | Covaler | | 2014058287 | | 6/6/2014 | published | 7/23/2016 | 09 |
| 38 | Malaysia | DEP | 2014058299 | 2014058299 | | 6/6/2014 | published | | 40 |
| 38 | Malaysia | DEP | 2014058299 | 2014058299 | | 6/6/2014 | registered | | 40 |
| 38 | Malaysia | eSurface | | 2014058302 | | 6/6/2014 | pending | | 09 |
| 38 | Malaysia | eSurface | | 2014058297 | | 6/6/2014 | pending | | 09 |
| 38 | Malaysia | eSurface | | 2014058304 | | 6/6/2014 | pending | | 40 |
| 15 | Mexico | DEP | 1320953 | 1252953 | | 2/24/2012 | registered | 10/18/2012 | 40 |
| 15 | Mexico | DEP | 1368246 | 1252243 | | 2/24/2012 | registered | 10/18/2012 | 09 |
| 15 | Mexico | eSurface | 1320952 | 1252250 | | 2/24/2012 | registered | 5/20/2013 | 09 |
| 15 | Mexico | eSurface | 1297205 | 1297205 | | 2/24/2012 | registered | 10/18/2012 | 09 |
| 15 | Mexico | eSurface | | T1408832 | 35.0/078654 | 2/24/2012 | published | 10/18/2012 | 40 and 09 |
| 40 | Singapore | DEP | T1408877E | T1408877E | 35.0/078656 | 6/6/2014 | published | 9/18/2015 | 40 and 09 |
| 40 | Singapore | Covaler | | T1408738 | 35.0/081399 | 6/6/2014 | registered | 6/6/2014 | 40 and 09 |
| 40 | Singapore | eSurface | | T1408739 | 35.0/081400 | 6/6/2014 | Pending | | 40 and 09 |
| 22 | Taiwan | DEP | 1605398 | 1010008938 | | 2/24/2012 | registered | 10/16/2013 | 40 and 09 |
| 22 | Taiwan | eSurface | 1605399 | 1010008939 | | 2/24/2012 | registered | 10/16/2013 | 40 and 09 |
| 5 | USA | eSurface | 4491527 | 85/407,078 | | 7/31/2012 | registered | 3/4/2014 | 40 and 09 |
| 7 | India | DEP | | 2747242 | | 5/30/2014 | pending | | 40 and 09 |
| 7 | India | Covaler | | 2747241 | | 5/29/2014 | pending | | 40 and 09 |
| 1 | USA | DEP | | 2747243 | | 5/29/2014 | pending | | 40 and 09 |
| 1 | USA | eSurface | 106770271 | 106770271 | | 7/31/2012 | registered | 7/31/2012 | 40 and 09 |
| 1 | USA | DEP | 106770271 | 106770271 | | 7/31/2012 | registered | 7/31/2012 | 40 and 09 |
| 1 | USA | eSurface | 106702263 | 106702263 | | 7/31/2012 | registered | 7/31/2012 | 40 and 09 |
| 1 | USA | Intelligent Matter | | 87201465 | | 10/12/2016 | pending | | |
| 1 | USA | Intelligent Materials | | 87201461 | | 10/12/2016 | pending | | |

Attachment to Schedule B.#60

EarthOne Patent Summary

| GDP | Patent Code | City Code | Country | Application Number | Filing Date | Patent Number | Issue Date | Status Date | Status | Description | Sub Case | Case Type | Agent | Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 123 | EARTH.0001 | AL | Albania | | | Under European Patent Organization | | 11/17/2015 | Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |
| 29 | EARTH.0001 | AT | Austria | | | Under European Patent Organization | | 11/17/2015 | Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |
| 13 | EARTH.0001 | AU | Australia | 2012299226 | 8/16/2012 | | | 9/18/2014 | Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PCT | AJ Park | 8/16/2032 |
| 13 | EARTH.0002 | AU | Australia | 2014305949 | 8/16/2012 | | | 2/5/2016 | Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | AJ Park | 8/6/2034 |
| 24 | EARTH.0001 | BE | Belgium | | | Under European Patent Organization | | 11/17/2015 | Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |
| 80 | EARTH.0001 | BG | Bulgaria | | | Under European Patent Organization | | 11/17/2015 | Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |
| 9 | EARTH.0001 | BR | Brazil | BR112014038937 | 8/16/2012 | | | 9/18/2014 | Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PCT | Daniel Advogados | 8/16/2032 |
| 9 | EARTH.0002 | BR | Brazil | BR112015002066 | 8/16/2012 | | | 2/29/2016 | Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | Daniel Advogados | 8/6/2034 |
| 10 | EARTH.0001 | CA | Canada | 2845822 | 8/16/2012 | | | 9/18/2014 | Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PCT | Smart & Biggar | 8/16/2032 |
| 10 | EARTH.0002 | CA | Canada | 2920633 | 8/6/2012 | | | 2/5/2016 | Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | Smart & Biggar | 8/6/2034 |
| 19 | EARTH.0001 | CH | Switzerland | | 8/17/2032 | Under European Patent Organization | | 11/17/2015 | Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |
| 2 | EARTH.0001 | CN | China | 201280051161.2 | 8/6/2012 | | | 11/17/2015 | Published | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PCT | China Patent Agent (H.K.) Ltd. | 8/16/2032 |
| 2 | EARTH.0002 | CN | China | 201480055096X | 8/6/2012 | | | 8/18/2016 | Published | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | China Patent Agent (H.K.) Ltd. | 8/6/2034 |
| 109 | EARTH.0001 | CY | Cyprus | | | Under European Patent Organization | | 11/17/2015 | Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |

DM# 230003

EarthOne Patent Summary

| Ref | Country Code | Country | Application No. | Filing Date | Status | Date | Title | Type | Firm | Expiry |
|---|---|---|---|---|---|---|---|---|---|---|
| 50 EARTH.0001 | CZ | Czech Republic | | 6/8/2014 | Under European Patent Organization | 11/17/2015 Unified | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| 50 EARTH.0001 | CZ | Czech Republic | PCT/US2014/050011 | 6/8/2014 | | Unknown | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | EPP | | 8/16/2032 |
| 4 EARTH.0001 | DE | Germany | 602012008280.1 | 8/16/2012 | European Patent Organization | 5/26/2016 Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| 39 EARTH.0001 | DK | Denmark | | | Under European Patent Organization | 11/17/2015 Unified | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| 12 EARTH.0001 | EA | Eurasian Patent Organization | 201490479 | 8/16/2012 | | 5/26/2016 Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | PCT | Gorodissky & Partners | 8/16/2032 |
| 12 EARTH.0002 | EA | Eurasian Patent Organization | 201690345 | 8/6/2012 | | 3/4/2016 Published | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | PCT | Gorodissky & Partners | 8/6/2034 |
| 104 EARTH.0001 | EE | Estonia | | | Under European Patent Organization | 11/17/2015 Unified | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |

Page 2

DM# 230003

EarthOne Patent Summary

| Matter | Country Code | Country | Application No. | Filing Date | Patent No. | Status | Title | Type | Agent | Expiration |
|---|---|---|---|---|---|---|---|---|---|---|
| EARTH.0001 | EP | European Patent Organization | 127906964 | 8/6/2012 | EP2745568 | 6/24/2015 Granted | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | PCT | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0003 | EP | European Patent Organization | 148339047 | 8/13/2014 | | 4/15/2016 Published | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | PCT | Hanna, Moore & Curley | 8/16/2034 |
| EARTH.0001 | ES | Spain | | | Under European Patent Organization | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | FI | Finland | | | Under European Patent Organization | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | FR | France | | | Under European Patent Organization | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | GB | United Kingdom of Great Britain and Northern Ireland | | | Under European Patent Organization | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | GR | Greece | | | Under European Patent Organization | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | HK | Hong Kong | | | | 11/17/2015 Published | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | RCN | China Patent Agent (H.K.) Ltd. | 8/16/2032 |
| EARTH.0002 | HK | Hong Kong | 141114559 | 11/13/2014 | | 8/18/2016 Unfiled | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | RCN | China Patent Agent (H.K.) Ltd. | 8/16/2034 |
| EARTH.0001 | HR | Croatia | | | Under European Patent Organization | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | HU | Hungary | | | Under European Patent Organization | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | ID | Indonesia | P00201401533 | 8/16/2012 | | 8/26/2015 Published | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | PCT | Am Badar & Am Badar | 8/16/2032 |
| EARTH.0002 | ID | Indonesia | P00201601210 | 8/6/2014 | | 2/24/2016 Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | PCT | Am Badar & Am Badar | 8/16/2034 |
| EARTH.0001 | IE | Ireland | | | Under European Patent Organization | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |

Page 3

DM# 230003

EXHIBIT "1"
Page 45

EarthOne Patent Summary

| Matter | Country | Country Name | App. No. | Filing Date | Region | Status | Title | Type | Firm | Expiry |
|---|---|---|---|---|---|---|---|---|---|---|
| EARTH-0001 | IL | Israel | 231045 | 8/16/2012 | | 9/18/2014 Published | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | PCT | Dr. Mark Friedman Ltd. | 8/16/2032 |
| EARTH-0002 | IL | Israel | 490/CHENP/2014 | 8/16/2012 | | 2/16/2016 Published | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | PCT | Dr. Mark Friedman Ltd. | 8/6/2034 |
| EARTH-0001 | IN | India | | | | 9/18/2014 Published | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | PCT | D.P. Ahuja & Co. | 8/16/2034 |
| EARTH-0002 | IN | India | 6370042439 | 8/6/2014 | | 2/8/2016 Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | PCT | D.P. Ahuja & Co. | 8/6/2034 |
| EARTH-0001 | IS | Iceland | | | Under European Patent Organization | 11/17/2015 Unified | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH-0001 | IT | Italy | | | Under European Patent Organization | 11/17/2015 Unified | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH-0001 | JP | Japan | 2014527191 | 8/16/2012 | | 10/8/2014 Published | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | PCT | Shusaku Yamamoto | 8/16/2032 |
| EARTH-0001 | JP | Japan | 2016158658 | 8/16/2012 | | 8/12/2016 Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | DIV | Shusaku Yamamoto | 8/16/2032 |
| EARTH-0002 | JP | Japan | 2016533417 | 8/6/2014 | | 9/21/2016 Published | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | D1 | Shusaku Yamamoto | 8/6/2034 |
| EARTH-0001 | LI | Liechtenstein | | | Under European Patent Organization | 11/17/2015 Unified | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH-0001 | LT | Lithuania | | | Under European Patent Organization | 11/17/2015 Unified | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH-0001 | LU | Luxembourg | | | Under European Patent Organization | 11/17/2015 Unified | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH-0001 | LV | Latvia | | | Under European Patent Organization | 11/17/2015 Unified | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH-0001 | MC | Monaco | | | Under European Patent Organization | 11/17/2015 Unified | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |

Page 4

DM# 230003

**EarthOne Patent Summary**

| Matter | Country | Country Name | App. No. | Filing Date | Pub. Date | Patent No. | Status | Title | Ref | Type | Firm | Exp. Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EARTH.0001 | MK | Macedonia | | | | | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | MT | Malta | | | | Under European Patent Organization | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | MX | Mexico | MX/A/2014/001980 | 8/16/2012 | 9/9/2015 | 333117 | 10/19/2015 Granted | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | D1 | DIV | Becerri Coca & Becerri, S.C. | 8/16/2032 |
| EARTH.0001 | MX | Mexico | MX/A/2015/007418 | 6/10/2015 | | | 6/18/2015 Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | DIV | Becerri Coca & Becerri, S.C. | 8/16/2032 |
| EARTH.0002 | MX | Mexico | MX/A/2016/001677 | 8/6/2014 | | | 3/4/2016 Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | Becerri Coca & Becerri, S.C. | 8/6/2034 |
| EARTH.0001 | MY | Malaysia | PI2013000437 | 8/16/2012 | | | 9/18/2014 Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PCT | Spruson & Ferguson | 8/16/2032 |
| EARTH.0002 | MY | Malaysia | PI2016000231 | 8/6/2014 | | | 2/5/2016 Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | Spruson & Ferguson | 8/6/2034 |
| EARTH.0001 | NL | Netherlands | | | | Under European Patent Organization | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | NO | Norway | | | | Under European Patent Organization | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | NZ | New Zealand | 622408 | 8/16/2012 | | | 3/15/2016 Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PCT | AJ Park | 8/16/2032 |
| EARTH.0001 | NZ | New Zealand | 716340 | 8/16/2012 | | | 1/26/2016 Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | DIV | AJ Park | 8/16/2032 |
| EARTH.0002 | NZ | New Zealand | 716676 | 8/6/2014 | | | 2/5/2016 Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | AJ Park | 8/6/2034 |
| EARTH.0001 | PH | Philippines | 1-2014-500400 | 8/16/2012 | | | 9/18/2014 Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PCT | E.B. Astudillo & Associates | 8/16/2032 |
| EARTH.0002 | PH | Philippines | 12016500265 | 8/6/2014 | | | 8/6/2014 Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | E.B. Astudillo & Associates | 8/6/2034 |

EarthOne Patent Summary

| Matter | Code | Country | App. No. | Filing Date | Publication No. | Pub Date | Status | Title | Type | Agent | Expiry |
|--------|------|---------|----------|-------------|-----------------|----------|--------|-------|------|-------|--------|
| EARTH.0001 | PL | Poland | | | Under European Patent Organization | | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | PT | Portugal | | | Under European Patent Organization | | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | RO | Romania | | | Under European Patent Organization | | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | RS | Serbia | | | Under European Patent Organization | | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | SE | Sweden | | | Under European Patent Organization | | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | SG | Singapore | 11201400069V | 8/16/2012 | 11201400069V | 6/25/2015 | 7/3/2015 Granted | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | PCT | Spruson & Ferguson | 8/16/2032 |
| EARTH.0001 | SG | Singapore | 10201504593R | 8/16/2012 | | | 8/18/2014 Published | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | D1 DIV | Spruson & Ferguson | |

Page 6

DM# 230003

EarthOne Patent Summary

| Case | Country | Country Name | Application No. | Filing Date | Notes | Patent No. | Grant Date | Status | Title | Claim | Type | Attorney | Expiry Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EARTH-0002 | SG | Singapore | 11201600973R | 8/6/2014 | | | | 2/11/2016 Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PRO | Spruson & Ferguson | 8/6/2034 |
| EARTH-0001 | SI | Slovenia | | | Under European Patent Organization | | | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH-0001 | SK | Slovakia | | | Under European Patent Organization | | | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH-0001 | SM | San Marino | | | Under European Patent Organization | | | 11/17/2015 Granted | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH-0001 | TH | Thailand | 1401000847 | 8/16/2012 | | | | 7/12/2016 Published | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PCT | Spruson & Ferguson | 8/16/2032 |
| EARTH-0002 | TH | Thailand | 1601000655 | 8/6/2014 | | | | 2/10/2016 Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | Spruson & Ferguson | 8/6/2034 |
| EARTH-0001 | TR | Turkey | | | Under European Patent Organization | | | 11/17/2015 Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PCT | Spruson & Ferguson | 8/16/2032 |
| EARTH-0001 | UA | Ukraine | 201406498 | 8/6/2014 | | | | 6/17/2016 Granted | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PCT | Shlakhovetski - IP Counsels | 8/16/2032 |
| EARTH-0002 | UA | Ukraine | | 8/6/2014 | | | | 3/4/2016 Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | P1 | PCT | Gorodissky & Partners | 8/6/1994 |
| EARTH-0001 | US | USA | 13463797 | 2/23/2012 | | 8794952 | 7/22/2014 | 9/18/2014 Granted | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | C2 | CON | | 2/23/2032 |
| EARTH-0001 | US | USA | 13387785 | 8/16/2012 | | 8794953 | 7/22/2014 | 9/18/2014 Granted | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | C1 | CON | | 2/23/2032 |
| EARTH-0001 | US | USA | 14984609 | 6/13/2014 | | | | 12/5/2014 Published | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | C1 | ORD | | |
| EARTH-0001 | US | USA | 61523562 | 8/19/2011 | | | | 9/18/2014 Expired | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | P1 | PRO | | 8/19/2012 |

EXHIBIT "1"
Page 49

**EarthOne Patent Summary**

| EARTH# | Code | Country | Number | Filing Date | Status | Status Date | Title | Type | Kind | Attorney | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EARTH.0001 | US | USA | 61568736 | 12/9/2011 | | 9/18/2014 Expired | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | P2 | PRO | | 12/9/2012 |
| EARTH.0001 | US | USA | 14434559 | 8/9/2014 | 12/16/2015 Abandoned | | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | CRD | | |
| EARTH.0002 | US | USA | 61862924 | 10/2/2015 | | 4/11/2016 Published | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | C1 | CON | | |
| EARTH.0002 | US | USA | 61862924 | 8/6/2013 | | 9/18/2014 Expired | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | P1 | PRO | | 8/6/2014 |
| EARTH.0003 | US | USA | 62074937 | 11/4/2014 | | 12/7/2015 Expired | METHOD OF FORMING A CONDUCTIVE IMAGE ONTO A STENT USING HIGH SPEED ELECTROLESS PLATING | P1 | PRO | | 11/4/2015 |
| EARTH.0003 | US | USA | 62249737 | 11/4/2015 | | 11/2/2015 Pending | METHOD OF FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | P2 | PRO | | 11/2/2016 |
| EARTH.0001 | VN | Viet Nam | 1-2014-00710 | 8/16/2012 | | 12/26/2015 Published | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PCT | | |
| EARTH.0002 | VN | Viet Nam | 1-2016-00526 | 8/6/2014 | | 2/17/2016 Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | Spruson & Ferguson | 8/16/2032 |
| EARTH.0002 | WO | World Intellectual Property Organization | PCT/AU2014/00011 | 8/6/2014 | 7/5/2016 Inactive | | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | CRD | | |
| EARTH.0001 | WO | World Intellectual Property Organization | PCT/US2012/051199 | 8/16/2012 | 9/18/2016 Inactive | | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | CRD | | |
| EARTH.0001 | ZA | South Africa | 2014/01889 | 8/16/2014 | | 9/18/2014 Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PCT | Spoor Fisher | 8/16/2032 |
| EARTH.0002 | ZA | South Africa | 2016/00824 | 2/8/2016 | | 2/8/2016 Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | Spoor Fisher | 8/6/1994 |

1 Unified   31 Pending   2 Inactive   4 Expired
43 Granted   12 Published   1 Abandoned   1 Unknown

Page 8

DM# 230003

EarthOne Trademark Registration Summary

| Country | Trademark | Registration No. | Application No. | Other Number | File Date | Status | Published/Registered Date | Classes of Goods and Services |
|---|---|---|---|---|---|---|---|---|
| Argentina | DEP | | 3.147.547 | n/a | 2/24/2012 | registered | | 09 |
| Argentina | eSurface | | 3.147.551 | n/a | 2/24/2012 | registered | | 40 |
| Argentina | DEP | 2.580.735 | 3.147.548 | n/a | 2/24/2012 | registered | | 40 |
| Argentina | eSurface | 2.579.753 | 3.147.550 | n/a | 2/24/2012 | registered | | 09 |
| Australia | DEP | 1476507 | 1476507 | 601494833 | 2/23/2012 | registered | 2/23/2012 | 09 |
| Australia | eSurface | 1476450 | 1476450 | 601494847 | 2/23/2012 | registered | 2/23/2012 | 40 and 09 |
| Brazil | DEP | 840.036.582 | 840.036.574 | n/a | 2/27/2012 | published | | 09 |
| Brazil | eSurface | 840.036.582 | 840.036.582 | | 2/27/2012 | registered | | 40 |
| Brazil | DEP | | 840.036.556 | | 2/27/2012 | registered | | 40 |
| Brazil | eSurface | 840036558 | 540.036.558 | | 2/27/2012 | published | | 09 |
| Canada | DEP | | 1556686 | | 2/24/2012 | registered | 1/5/2016 | 40 |
| Canada | eSurface | 840036558 | 1556687 | T6771955CCA | 2/24/2012 | published | 11/13/2013 | 01 & 09 |
| China | DEP | 10527202 | 10527202 | T6771955CCA | 2/24/2012 | published | 11/13/2013 | 40 |
| China | eSurface | | 10527202 | T1200003 | 2/24/2012 | pending | | 01 |
| China | DEP | 10527203 | 10527203 | T1200004 | 2/24/2012 | registered | | 09 |
| China | eSurface | 10527200 | 10527200 | T1200001 | 2/24/2012 | registered | | 09 |
| China | eSurface | 10527201 | 10527201 | T1200002 | 2/24/2012 | registered | | 40 |
| China | Covaler | 10527201 | 10527201 | T1200002 | 2/24/2012 | registered | | 40 |
| South Korea | DEP | 5529769 | 5529769 | FAn-253829F | 2/24/2012 | registered | 10/19/2012 | 01 |
| South Korea | Covaler | 5578124 | 5578124 | FAn-253835F | 2/24/2012 | registered | 4/26/2013 | 01 and 09 |
| Malaysia | Covaler | | 2012-013346 | | 3/15/2013 | registered | 5/30/2014 | 40 |
| Malaysia | DEP | | 45009642000 | | 2/24/2012 | registered | 5/16/2014 | 40 and 09 |
| Malaysia | Covaler | | 45-2013-0001445 | Y127N-1021 | 2/24/2012 | registered | | 09 |
| Malaysia | eSurface | 2014058299 | 45-2012-0012540 | Y127N-1022 | 2/24/2012 | published | 7/21/2016 | 40 |
| Malaysia | DEP | | 2014058287 | | 6/6/2014 | published | 7/21/2016 | 40 |
| Malaysia | eSurface | | 2014058289 | | 6/6/2014 | published | | 40 |
| Malaysia | Malaysia | | 2014058302 | | 6/6/2014 | registered | | 40 |
| Malaysia | eSurface | 2014058299 | 2014058299 | | 6/6/2014 | registered | 6/6/2014 | 09 |
| Mexico | DEP | | 2014058297 | | 7/24/2012 | pending | | 40 |
| Mexico | Covaler | | 201406058304 | | 7/24/2012 | pending | | 40 |
| Mexico | eSurface | 1368246 | 35.0/081399 | | 2/24/2012 | pending | 10/18/2012 | 09 |
| Mexico | DEP | 1368399 | 1252263 | | 7/24/2012 | registered | 5/20/2012 | 09 |
| Mexico | eSurface | 1320952 | 1252253 | 35.0/081400 | 7/24/2012 | registered | 10/16/2013 | 40 and 09 |
| Mexico | eSurface | 4491527 | 1252250 | 35.0/078654 | 7/24/2012 | registered | 10/18/2012 | 40 and 09 |
| DEP | eSurface | 1297205 | 12397205 | 35.0/078656 | 6/6/2012 | registered | 10/18/2012 | 09 |
| Singapore | eSurface | | 12397205 | | 6/6/2014 | published | 9/18/2015 | 40 and 09 |
| Singapore | Covaler | T1408877E | T1408877E | | 6/6/2014 | registered | 6/6/2014 | 40 and 09 |
| Singapore | DEP | | T1408873B | | 6/6/2014 | pending | | 40 and 09 |
| Taiwan | eSurface | 1605398 | 10100893B | | 2/24/2012 | registered | 10/16/2013 | 40 and 09 |
| Taiwan | DEP | 1605399 | 10100893B | | 2/24/2012 | registered | 10/16/2013 | 40 and 09 |
| Taiwan | eSurface | 4491527 | 85/407,078 | | 2/24/2012 | registered | 3/4/2014 | 40 and 09 |
| USA | DEP | | 85/407,024 | | 2/24/2012 | registered | 10/18/2012 | 09 |
| USA | eSurface is in it | | 86/640,468 | | 6/12/2012 | Abandoned | | 40 and 09 |
| USA | eSurface | | 58/640,468 | | 6/6/2014 | Final Refusal | | 40 and 09 |
| USA | Intelligent Materials | | 87201461 | | 10/12/2016 | pending | | |
| USA | Intelligent Matter | | 10/12/2016 | | 10/12/2016 | pending | | |
| USA | Covaler | | 87201465 | | 10/12/2016 | pending | | |
| India | Covaler | 2747242 | 2747242 | | 5/30/2014 | pending | | 40 and 09 |
| India | DEP | 2747240 | 2747240 | | 5/29/2014 | pending | | 40 and 09 |
| India | eSurface | 2747241 | 2747241 | | 5/29/2014 | pending | | 40 and 09 |
| India | DEP | 10670271 | 10670271 | | 7/31/2012 | registered | 7/31/2012 | 40 and 09 |
| EU (CTM) | DEP | 10670271 | 10670271 | | 7/31/2012 | registered | 7/31/2012 | 40 and 09 |
| EU (CTM) | eSurface | 10670263 | 10670263 | | 7/31/2012 | registered | 7/31/2012 | 40 and 09 |

EXHIBIT "1"
Page 51

EarthOne Patent Summary

| GDP | Patent Code | Cntry Code | Country | Application Number | Filing Date | Patent Number | Issue Date | Status Date | Status | Description | Sub Case | Case Type | Agent | Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 109 | EARTH.0001 | CY | Cyprus | | | Under European Patent Organization | | 11/17/2015 | Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |
| 2 | EARTH.0002 | CN | China | 201480055095X | 8/6/2012 | | | 8/18/2016 | Published | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | China Patent Agent (H.K.) Ltd. | 8/6/2032 |
| 2 | EARTH.0001 | CN | China | 201280051161.2 | 8/16/2012 | | | 11/17/2015 | Published | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PCT | China Patent Agent (H.K.) Ltd. | 8/16/2032 |
| 19 | EARTH.0001 | CH | Switzerland | | 8/17/2012 | Under European Patent Organization | | 11/17/2015 | Published | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |
| 10 | EARTH.0002 | CA | Canada | 2920633 | 8/6/2012 | | | 2/5/2016 | Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | Smart & Biggar | 8/6/2032 |
| 10 | EARTH.0001 | CA | Canada | 2465822 | 8/16/2012 | | | 9/18/2014 | Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PCT | Smart & Biggar | 8/16/2032 |
| 9 | EARTH.0002 | BR | Brazil | BR112016028066 | 8/6/2012 | | | 2/29/2016 | Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | Daniel Advogados | 8/6/2034 |
| 9 | EARTH.0001 | BR | Brazil | BR112016004013937 | 8/16/2012 | | | 9/18/2014 | Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PCT | Daniel Advogados | 8/16/2034 |
| 80 | EARTH.0001 | BG | Bulgaria | | | Under European Patent Organization | | 11/17/2015 | Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/6/2032 |
| 24 | EARTH.0001 | BE | Belgium | | | Under European Patent Organization | | 11/17/2015 | Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |
| 13 | EARTH.0001 | AU | Australia | 2014205949 | 8/6/2012 | | | 2/5/2016 | Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | AV Park | 8/6/2034 |
| 13 | EARTH.0002 | AU | Australia | 2012299226 | 8/16/2012 | | | 9/18/2014 | Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PCT | AV Park | 8/16/2032 |
| 29 | EARTH.0001 | AT | Austria | | | Under European Patent Organization | | 11/17/2015 | Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | |
| 123 | EARTH.0001 | AL | Albania | | | Under European Patent Organization | | 11/17/2015 | Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |

EXHIBIT "1"
Page 52

# EXHIBIT "2"

| Fill in this information to identify the case: |
| --- |

| Debtor name | **EarthOne Circuit Technologies Corporation, a Delaware corporation** |
| --- | --- |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* | **8:17-bk-12521 CB** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

3.1.  **Wells Fargo Bank.  The Debtor's bank account has no money in it.**                                                    $0.00

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                                        $0.00
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:     **287,000.00**   -   **143,500.00**   = ....   **$143,500.00**
                              face amount           doubtful or uncollectible accounts

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **EarthOne Circuit Technologies Corporation, a Delaware corporation** | | Case number *(if known)* | **8:17-bk-12521 CB** |
|---|---|---|---|---|
| | Name | | | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$143,500.00**

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | | |
| **15.** | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | % of ownership | | |
| 15.1. | **Debtor owns 100% of eSurface Portugal.  At the present time, eSurface has a bank account which has 6,500 Euros in it.** | **100** % | | **$7,641.00** |
| **16.** | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | | |
| **17.** | **Total of Part 4.** Add lines 14 through 16.  Copy the total to line 83. | | | **$7,641.00** |

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **19.** | **Raw materials** | | | | |
| **20.** | **Work in progress** | | | | |
| **21.** | **Finished goods, including goods held for resale** | | | | |
| **22.** | **Other inventory or supplies** **Debtor estimates that the value of inventory is between $4,500 and $9,000.** | | **$0.00** | | **$4,500.00** |

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

**$4,500.00**

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **EarthOne Circuit Technologies Corporation, a Delaware corporation** | Case number *(If known)* | **8:17-bk-12521 CB** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**See attached inventory list** | **$0.00** | | **$17,335.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | | | **$17,335.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 3

| Debtor | EarthOne Circuit Technologies Corporation, a Delaware corporation | | Case number *(if known)* | 8:17-bk-12521 CB |
|---|---|---|---|---|
| | Name | | | |

| 47.1. | **2006 Honda Accord** | | $5,000.00 | **Purchase price** | | $5,000.00 |
|---|---|---|---|---|---|---|

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
"Murrietta" equipment. Value shown is approximate.                                      $0.00                                      $80,000.00

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$85,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>Debtor holds a number of patents and trademark on intellectual property.  See attached for desription.  Debtor believes the value to be at least $4.6 million | **Unknown** | | **$4,600,000.00** |
| 61. | **Internet domain names and websites**<br>Domain names and websites | **Unknown** | | **Unknown** |
| 62. | **Licenses, franchises, and royalties**<br>FTG license | **$0.00** | | **Unknown** |

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

| Debtor | **EarthOne Circuit Technologies Corporation, a Delaware corporation** | Case number *(If known)* | **8:17-bk-12521 CB** |
|---|---|---|---|
| | Name | | |

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**
     Add lines 60 through 65. Copy the total to line 89.

     | $4,600,000.00 |
     |---|

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
     ☑ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ☑ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

## Part 11:    All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ☑ Yes Fill in the information below.

     Current value of debtor's interest

71.  **Notes receivable**
     Description (include name of obligor)

     **IP of the Debtor**

     | 0.00 | - | 0.00 | = | $0.00 |
     |---|---|---|---|---|
     | Total face amount | | doubtful or uncollectible amount | | |

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**
     Add lines 71 through 77. Copy the total to line 90.

     | $0.00 |
     |---|

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

---

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                 page 5

| QTY | Description | Category | storage | NP | dispose | Img # | Cost | FMV | Sales price | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | executive chairs | furn. | 5 | | 5 | 6399 | | | $200.00 | |
| 20 | executive guest chairs | furn. | 12 | | 8 | 6400 | | | $200.00 | |
| 1 | leather chair - lobby | furn. | x | | | 6428 | | | $50.00 | |
| 1 | leather sofa - lobby | furn. | x | | | 6427 | | | $100.00 | |
| 1 | coffee table - lobby | furn. | x | | | 6403 | | | $20.00 | |
| 1 | end table - lobby | furn. | x | | | 6421 | | | $20.00 | |
| 1 | reception counter/desk - lobby | furn. | x | | | 6429, 6430 | | | $200.00 | |
| 1 | silk plant - lobby | furn. | x | | | 6433 | | | $10.00 | |
| 1 | conference room table - 8' | furn. | x | | | 6404 | | | $200.00 | |
| 8 | conference room chairs | furn. | x | | | 6405 | | | $200.00 | |
| 1 | conference room credenza | furn. | x | | | 6408 | | | $100.00 | |
| 2 | conference room speaker phone - conf. room | furn. | x | | | 6434 | | | $50.00 | |
| 1 | conference room wall cabinet/whiteboard | furn. | x | | | 6436, 6437 | | | $50.00 | |
| 3 | Office Chaitals | furn. | x | | | 6413, 6416, 6417 | | | $200.00 | |
| 1 | executive desk w/ return & credenza (Dick) | furn. | x | | | 6414 | | | $200.00 | |
| 1 | executive desk with return (Fred) | furn. | x | | | 6418 | | | $200.00 | |
| 1 | executive credenza with upper cabinet | furn. | x | | | 6409 | | | $100.00 | |
| 2 | executive bookshelf | furn. | x | | | 6396, 6397 | | | $50.00 | |
| 1 | executive bookshelf - tall | furn. | x | | | 6398 | | | $50.00 | |
| 3 | executive file cabinet - lateral | furn. | x | | | 6422, 6423 | | | $50.00 | |
| 1 | jr. executive table - oval 5.5' | furn. | x | | | 6432 | | | $50.00 | |
| 1 | jr. executive credenza - 5.5' | furn. | x | | | 6407 | | | $50.00 | |
| 1 | jr. executive file cabinet | furn. | x | | | 6456 | | | $50.00 | |
| 1 | jr. executive table - round | furn. | x | | | 6431 | | | $50.00 | |
| 1 | metal file cabinet - tall lateral 4 drawer | furn. | x | | | 6448 | | | $20.00 | |
| 1 | jr. executive desk with return | furn. | x | | | 6412 | | | $20.00 | |
| 1 | presentation easel | furn. | x | | | 6438 | | | $20.00 | |
| 1 | White boards - 6'x4' | office sup. | x | | | | | | $50.00 | |
| 2 | HD Shelving - 18x68x72 | office sup. | x | | | | | | $10.00 | |
| 4 | Bakers rack | warehouse | x | | | 6445 | | | $20.00 | |
| 1 | Chemical storage - overhead metal | warehouse | x | | | 6446 | | | $200.00 | |
| 1 | Chemical storage - tall metal | lab | x | | | | | | $200.00 | |
| 1 | Safe | lab | x | | x | 6406 | | | $50.00 | |
| 1 | conference table - 12' | furn. | | | | 6425, 6426 | | | $50.00 | |
| 2 | Jr. executive file cabinet | furn. | | x | x | 6402 | | | $50.00 | |
| 7 | student desk chairs | furn. | | | x | 6420 | | | $50.00 | |
| 3 | student desk | furn. | | | | | | | $50.00 | |
| 25 | framed pictures | furn. | | x | x | | | | $1.00 | |

Compiled in Good Faith by current & prior Staff. The Honda Accord, (for the Production Line at Murrieta were included in Asset Sheets
provided to Mr. Spoglianggre by prior management. There may be additional assets
Believed to be stored in PODS - may or may not be

| Qty | Description | | Location | | Asset # | Cost when new |
|---|---|---|---|---|---|---|
| 1 | Tradeshow collateral | office sup. | x | | | $0.00 |
| 1 | Office supplies - various | office sup. | x | | | $0.00 |
| 1 | Industrial racks | warehouse | | x | | $50.00 |
| | **Assets IN USE or at least not in PODS** | | | | | |
| 2 | metal desk - 6' gray | furn. | | | 6454, 6455 | $50.00 |
| 1 | metal file cabinet - small lateral 4 drawer | furn. | | | 6452 | $20.00 |
| 6 | metal file cabinet - tall 4 drawer metal | furn. | | | 6453 | $100.00 |
| 4 | metal storage cabinet - tall | furn. | | | 6449, 6450, 6451 | $100.00 |
| 1 | 2006 Honda Accord | | | | | $5,000.00 |
| 1 | Gen 3 Modified ChemCut Production Line - Lab Equipment | Murrietta Lab | x | | | $80,000.00    $238,000.00 |
| | **ALL PAID ASSETS** | | | | | $1,500.00 |

| QTY | Description | Category | storage | NP | Home Office | dispose | Img # | Cost | FMV | Sales price | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Servers | IT | 4 | | 1 | | | | | $4,000.00 | |
| 4 | Polycom ip550 ip phone | | | | | | | | | $60.00 | |
| 9 | Polycom ip335 ip phone | | 3 | | 6 | | | | | $405.00 | |
| 2 | Polycome ip5000 conference ip phone | | 1 | 1 | | | | | | $200.00 | |
| 1 | Netgear ProSAFE GS748T 48-Port Switch | | 1 | | | | | | | $400.00 | |
| 2 | Brother MFC-L8850* | | 2 | | | | | | | $40.00 | |
| 2 | 5 port switch | | 2 | | | | | | | $20.00 | |
| 1 | Mac Pro | | | | 1 | | | | | $500.00 | |
| 8 | Monitors | | 1 | | 7 | | | | | $400.00 | |
| 1 | Router pfSense (still in studio) | | 1 | | | | | | | $50.00 | |
| 1 | desktop computer (michelle's) | | | | 1 | | | | | $499.00 | |
| 4 | desktops computers (Fred Alex Doug Ken) | | | | 4 | | | | | $2,000.00 | |
| 1 | Acer Laptop (Spoonamore) | | | | 1 | | | | | $700.00 | |
| 2 | Lenovo Yoga 2 Pro - Laptop (Alex, Rick) | | | | 2 | | | | | $1,000.00 | |
| 1 | Bill's Computer - still with Bill | | | 1 | | | | | | $1,000.00 | |

Compiled in Good Faith by current & Surface Staff. The Honda Accord, nor the Production Line at Murrieta were included in Asset Sheets provided to Mr. Spoonamore by prior management. There may be additional assets.

TOTAL IT EQUIPMENT                                                    ▮▮▮▮

EarthOne Trademark Registration Summary

| GDP | Country | Trademark | Registration No. | Application No. | Other Number | File Date | Status | Published/Registered Date | Classes of Goods and Services |
|---|---|---|---|---|---|---|---|---|---|
| 21 | Argentina | DEP | | 3.147.547 | n/a | 2/24/2012 | registered | | 09 |
| 21 | Argentina | eSurface | | 3.147.551 | n/a | 2/24/2012 | registered | | 40 |
| 21 | Argentina | DEP | 2,580,735 | 3.147.548 | n/a | 2/24/2012 | registered | | 40 |
| 21 | Argentina | eSurface | 2,579,753 | 3.147.550 | n/a | 2/24/2012 | registered | | 09 |
| 13 | Australia | DEP | 1476507 | 1476507 | 601494833 | 2/23/2012 | registered | 2/23/2012 | 40 and 09 |
| 13 | Australia | eSurface | 1476450 | 1476450 | 601494847 | 2/23/2012 | registered | 2/23/2012 | 40 and 09 |
| 9 | Brazil | DEP | 840.036.582 | 840.036.582 | n/a | 2/27/2012 | published | | 09 |
| 9 | Brazil | eSurface | | 840.036.574 | n/a | 2/27/2012 | published | | 09 |
| 9 | Brazil | DEP | | 840.036.582 | | 2/27/2012 | registered | | 40 |
| 9 | Brazil | eSurface | | 840.036.556 | | 2/27/2012 | published | | 40 |
| 9 | Brazil | eSurface | 840036558 | 540.036.558 | | 2/27/2012 | published | 11/13/2013 | 01 & 09 |
| 10 | Canada | DEP | 1565686 | 1565686 | T6771956CA | 2/24/2012 | published | 11/13/2013 | 01 & 09 |
| 10 | Canada | eSurface | 1565687 | 1565687 | T6719566CA | 2/24/2012 | published | 11/13/2013 | 01 & 09 |
| 2 | China | DEP | 10527202 | 10527202 | T1200003 | 2/24/2012 | pending | | 01 |
| 2 | China | eSurface | 10527203 | 10527203 | T1200004 | 2/24/2012 | registered | | 09 |
| 2 | China | DEP | 10527200 | 10527200 | T1200001 | 2/24/2012 | registered | | 09 |
| 2 | China | eSurface | 10527201 | 10527201 | T1200002 | 2/24/2012 | registered | | 40 |
| 2 | China | DEP | 10527200 | 10527200 | T1200002 | 2/24/2012 | registered | | 40 |
| 2 | China | eSurface | 10527201 | 10527201 | T1200002 | 2/24/2012 | pending | | 01 |
| 11 | Japan | DEP | 5529769 | 5529769 | T1200002 | 2/24/2012 | registered | 10/19/2012 | 01 |
| 3 | Japan | eSurface | 5578124 | 5578124 | 2012-013348 | 2/24/2012 | registered | 4/26/2013 | 40 |
| 11 | South Korea | DEP | 4500496240000 | 4500496240000 | 45-2013-0001445  4127N-1021 | 2/24/2012 | registered | 3/15/2013 | 40 and 09 |
| 11 | South Korea | eSurface | 4500494270000 | 4500494270000 | 40-2012-0012540  4127N-1022 | 2/24/2012 | registered | 5/16/2014 | 40 and 09 |
| 38 | Malaysia | Covaler | | 2014058289 | 2014058289 | 6/6/2014 | pending | | 09 |
| 38 | Malaysia | DEP | | 2014058287 | 2014058287 | 6/6/2014 | pending | | 09 |
| 38 | Malaysia | DEP | 2014058802 | 2014058802 | | 6/6/2014 | published | 7/21/2016 | 40 |
| 38 | Malaysia | DEP | 2014058299 | 2014058299 | | 6/6/2014 | published | | 40 |
| 38 | Malaysia | eSurface | 2014058299 | 2014058299 | | 6/6/2014 | published | | 01 |
| 38 | Malaysia | DEP | 2014058804 | 2014058804 | | 6/6/2014 | pending | | 01 |
| 38 | Malaysia | eSurface | 2014058297 | 2014058297 | | 6/6/2014 | pending | | 09 |
| 40 | Mexico | DEP | 1320953 | 1320953 | 35.0/081399 | 2/24/2012 | registered | 10/18/2012 | 40 |
| 40 | Mexico | eSurface | 1368246 | 1368246 | 35.0/081400 | 2/24/2012 | registered | 10/18/2012 | 40 |
| 15 | Mexico | DEP | 1252243 | 1252243 | 35.0/078654 | 2/24/2012 | registered | 5/20/2013 | 09 |
| 15 | Mexico | eSurface | 1252057 | 1252057 | 35.0/078656 | 2/24/2012 | registered | 10/18/2012 | 09 |
| 15 | Mexico | eSurface | 1297205 | 1297205 | | 2/24/2012 | registered | 10/18/2012 | 09 |
| 1 | Singapore | DEP | T1408877E | T1408877E | T1408877E | 6/6/2014 | published | 9/18/2015 | 40 and 09 |
| 1 | Singapore | Covaler | | T1408873B | | 6/6/2014 | Pending | | 40 and 09 |
| 1 | Singapore | eSurface | | T1408832 | | 6/6/2014 | published | 6/6/2014 | 40 and 09 |
| 1 | Taiwan | DEP | 1605398 | 101008938 | | 2/24/2012 | registered | 10/16/2013 | 40 and 09 |
| 7 | India | DEP | | 2747242 | | 5/30/2014 | pending | | 40 and 09 |
| 7 | India | Covaler | | 2747241 | | 5/29/2014 | pending | | 09 |
| 1 | India | DEP | | 2747242 | | 5/29/2014 | pending | | 09 |
| 40 | USA | eSurface | 106700271 | 106700271 | | 7/31/2012 | registered | 7/31/2012 | 40 and 09 |
| 40 | USA | DEP | 106700271 | 106700271 | | 7/31/2012 | registered | 7/31/2012 | 40 and 09 |
| 22 | Taiwan | DEP | 106700263 | 106700263 | | 7/31/2012 | registered | 7/31/2012 | 40 and 09 |
| 5 | USA | eSurface | 4491527 | 85/407,078 | | 7/31/2012 | registered | 3/4/2014 | 40 and 09 |

Attachment to Schedule B.#60

EarthOne Patent Summary

| GDP | Patent Code | Cnty Code | Country | Application Number | Filing Date | Patent Number | Issue Date | Status Date | Status | Description | Sub Case | Case Type | Agent | Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 109 | EARTH.0001 | CY | Cyprus | | | Under European Patent Organization | | | 11/17/2015 Unfiled | Under European Patent Organization | | EPP | Hanna, Moore & Curley | 8/16/2032 |
| 2 | EARTH.0002 | CN | China | 2014805096X | 8/16/2012 | | | 8/18/2016 Published | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PCT | China Patent Agent (H.K.) Ltd. | 8/6/2034 |
| 2 | EARTH.0001 | CN | China | 201280051161.2 | 8/6/2012 | | | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PCT | China Patent Agent (H.K.) Ltd. | 8/16/2032 |
| 19 | EARTH.0001 | CH | Switzerland | | 8/17/2032 | Under European Patent Organization | | | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Smart & Biggar | 8/16/2032 |
| 10 | EARTH.0001 | CA | Canada | 2920633 | 8/6/2012 | | | 2/5/2016 Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | Smart & Biggar | 8/6/2034 |
| 10 | EARTH.0002 | CA | Canada | 2845822 | 8/16/2012 | | | 9/18/2014 Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PCT | Daniel Advogados | 8/16/2034 |
| 9 | EARTH.0002 | BR | Brazil | BR112016002806-6 | 8/6/2012 | | | 2/29/2016 Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | Daniel Advogados | 8/6/2034 |
| 9 | EARTH.0001 | BR | Brazil | BR112014003893-7 | 8/16/2012 | | | 9/18/2014 Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PCT | Al Park | 8/16/2034 |
| 80 | EARTH.0001 | BG | Bulgaria | | | Under European Patent Organization | | | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |
| 24 | EARTH.0001 | BE | Belgium | | | Under European Patent Organization | | | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |
| 13 | EARTH.0002 | AU | Australia | 2014805949 | 8/6/2012 | | | 2/5/2016 Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | Al Park | 8/6/2034 |
| 13 | EARTH.0001 | AU | Australia | 2012299226 | 8/16/2012 | | | 9/18/2014 Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PCT | Al Park | 8/16/2032 |
| 29 | EARTH.0001 | AT | Austria | | | Under European Patent Organization | | | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |
| 123 | EARTH.0001 | AL | Albania | | | Under European Patent Organization | | | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |

Page 1

DM# 230003

**EarthOne Patent Summary**

| Ref | Code | Country | Application No. | Filing Date | Organization | Status | Title | Agent | Date |
|---|---|---|---|---|---|---|---|---|---|
| 50 EARTH.0001 | CZ | Czech Republic | | 6/8/2014 | Under European Patent Organization | 11/17/2015 Unified | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| 50 EARTH.0001 | CZ | Czech Republic | PCT/US2014/050011 | 6/8/2014 | | Unknown | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | EPP | | 8/16/2032 |
| 4 EARTH.0001 | DE | Germany | 602012008280.1 | 8/16/2012 | European Patent Organization | 5/26/2016 Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| 39 EARTH.0001 | DK | Denmark | | | Under European Patent Organization | 11/17/2015 Unified | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| 12 EARTH.0001 | EA | Eurasian Patent Organization | 201490479 | 8/16/2012 | | 5/26/2016 Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | PCT | Gorodissky & Partners | 8/16/2032 |
| 12 EARTH.0002 | EA | Eurasian Patent Organization | 201690345 | 8/6/2012 | | 3/4/2016 Published | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | PCT | Gorodissky & Partners | 8/6/2034 |
| 104 EARTH.0001 | EE | Estonia | | | Under European Patent Organization | 11/17/2015 Unified | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |

Page 2

DM# 230003

EarthOne Patent Summary

| Matter | Code | Country | App/Pub No | Filing Date | Pub/Grant No | Status / Date | Title | Type | Agent | Expiry |
|---|---|---|---|---|---|---|---|---|---|---|
| EARTH.0001 | IE | Ireland | | | | Under European Patent Organization | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0002 | ID | Indonesia | P00201601210 | 8/6/2014 | | 2/24/2016 Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | PCT | Am Badar & Am Badar | 8/6/2034 |
| EARTH.0001 | ID | Indonesia | P00201401533 | 8/16/2012 | | 8/26/2015 Published | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | PCT | Am Badar & Am Badar | 8/16/2032 |
| EARTH.0001 | HU | Hungary | | | Under European Patent Organization | 11/17/2015 Unified | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | HR | Croatia | | | Under European Patent Organization | 11/17/2015 Unified | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0002 | HK | Hong Kong | | | | 8/18/2016 Unified | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | RCN | China Patent Agent (H.K.) Ltd. | 8/16/2034 |
| EARTH.0001 | HK | Hong Kong | 141114559 | 11/13/2014 | | 11/17/2015 Unified | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | RCN | China Patent Agent (H.K.) Ltd. | 8/16/2032 |
| EARTH.0001 | GR | Greece | | | Under European Patent Organization | 11/17/2015 Unified | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | GB | United Kingdom of Great Britain and Northern Ireland | | | Under European Patent Organization | 11/17/2015 Unified | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | FR | France | | | Under European Patent Organization | 11/17/2015 Unified | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | FI | Finland | 127906964 | | | 11/17/2015 Unified | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | ES | Spain | | 8/6/2012 | Under European Patent Organization | 11/17/2015 Unified | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0003 | EP | European Patent Organization | 14839047 | | EP2745658 | 4/15/2016 Published | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | PCT | Hanna, Moore & Curley | 8/16/2034 |
| EARTH.0001 | EP | European Patent Organization | | | 6/24/2015 | 6/25/2015 Granted | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | PCT | Hanna, Moore & Curley | 8/16/2032 |

Page 3

DM# 230003

EarthOne Patent Summary

| Matter | Country | Country Name | Application No. | Filing Date | Notes | Status | Title | Type | Attorney | Expiration |
|---|---|---|---|---|---|---|---|---|---|---|
| EARTH.0001 | IL | Israel | 231045 | 8/16/2012 | | 9/18/2014 Published | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | PCT | Dr. Mark Friedman Ltd. | 8/16/2034 |
| EARTH.0002 | IL | Israel | 243975 | 8/6/2014 | | 2/16/2016 Published | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | PCT | D.P. Ahuja & Co. | 8/6/2034 |
| EARTH.0002 | IN | India | 201637004439 | 8/6/2014 | | 2/8/2016 Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | PCT | D.P. Ahuja & Co. | 8/6/2034 |
| EARTH.0001 | IN | India | 490/CHENP/2014 | 8/16/2012 | | 9/18/2014 Published | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | PCT | D.P. Ahuja & Co. | 8/16/2032 |
| EARTH.0001 | IS | Iceland | | | Under European Patent Organization | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | IT | Italy | | | Under European Patent Organization | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | JP | Japan | 2014527191 | 8/16/2012 | | 10/8/2014 Published | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | PCT | Shuaku Yamamoto | 8/16/2032 |
| EARTH.0001 | JP | Japan | 2016158658 | 8/16/2012 | | 8/12/2016 Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | DIV (D1) | Shuaku Yamamoto | 8/16/2032 |
| EARTH.0002 | JP | Japan | 2016533417 | 8/6/2014 | | 9/21/2016 Published | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | PCT | Shuaku Yamamoto | 8/6/2034 |
| EARTH.0001 | LI | Liechtenstein | | | Under European Patent Organization | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | LT | Lithuania | | | Under European Patent Organization | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | LU | Luxembourg | | | Under European Patent Organization | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | LV | Latvia | | | Under European Patent Organization | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | MC | Monaco | | | Under European Patent Organization | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |

EXHIBIT "2"
Page 65

**EarthOne Patent Summary**

| Matter | Country Code | Country | Application No. | Filing Date | Notes | Status | Title | Doc | Type | Firm | Expiry |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EARTH.0002 | PH | Philippines | 120150000265 | 8/6/2014 | | 8/6/2014 Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | E.B. Andullio & Associates | 8/6/2034 |
| EARTH.0001 | PH | Philippines | 1-2014-500400 | 8/16/2012 | | 9/18/2014 Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PCT | E.B. Andullio & Associates | 8/16/2032 |
| EARTH.0002 | NZ | New Zealand | 716676 | 8/6/2014 | | 2/5/2016 Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | AJ Park | 8/6/2034 |
| EARTH.0001 | NZ | New Zealand | 622408 | 8/16/2012 | | 1/26/2016 Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PCT | AJ Park | 8/16/2032 |
| EARTH.0001 | NZ | New Zealand | 715340 | 8/16/2012 | | 3/15/2016 Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PCT | AJ Park | 8/16/2032 |
| EARTH.0001 | NO | Norway | | | Under European Patent Organization | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | NL | Netherlands | | | Under European Patent Organization | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0002 | MY | Malaysia | PI2016000231 | 8/6/2014 | | 2/5/2016 Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | Spruson & Ferguson | 8/6/2034 |
| EARTH.0001 | MY | Malaysia | PI2014000437 | 8/16/2012 | | 9/18/2014 Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PCT | Spruson & Ferguson | 8/16/2032 |
| EARTH.0002 | MX | Mexico | MX/A/2016/001677 | 8/6/2014 | | 3/4/2016 Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | Becceril Coca & Becceril, S.C. | 8/6/2034 |
| EARTH.0001 | MX | Mexico | MX/A/2015/007418 | 6/10/2015 | | 6/18/2015 Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | DIV | Becceril Coca & Becceril, S.C. | |
| EARTH.0001 | MX | Mexico | MX/A/2014/001980 | 8/16/2012 | 9/9/2015 | 10/19/2015 Granted | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | D1 | PCT | Becceril Coca & Becceril, S.C. | 8/16/2032 |
| EARTH.0001 | MT | Malta | | | 333117 | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | MK | Macedonia | | | | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |

EXHIBIT "2"
Page 66

EarthOne Patent Summary

| Ref | Code | Country | Number | Date | Status | Status Date | Title | Type | Firm | Expiry |
|---|---|---|---|---|---|---|---|---|---|---|
| EARTH.0001 | PL | Poland | | | Under European Patent Organization | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | PT | Portugal | | | Under European Patent Organization | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | RO | Romania | | | Under European Patent Organization | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | RS | Serbia | | | Under European Patent Organization | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | EPP | Hanna, Moore & Curley | 8/16/2032 |
| EARTH.0001 | SE | Sweden | | | Under European Patent Organization | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | D1 DIV | | |
| EARTH.0001 | SG | Singapore | 11201400069V | 8/16/2012 | 11201400069V | 7/3/2015 Granted | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | PCT | Spruson & Ferguson | 8/16/2032 |
| EARTH.0001 | SG | Singapore | 11201404593R | 8/16/2012 | 6/25/2015 | 8/18/2013 Published | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | DIV | Spruson & Ferguson | 8/16/2032 |

Page 6

DM# 230003

Page 7

EarthOne Patent Summary

| Ref | Country Code | Country | App. No. | Filing Date | Notes | Patent No. | Grant Date | Status | Title | Type | Procedure | Law Firm | Expiration |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EARTH.0002 | SG | Singapore | 11201600973R | 8/6/2014 | | | | 2/11/2016 Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | | Spruson & Ferguson | 8/6/2034 |
| EARTH.0001 | SI | Slovenia | | | Under European Patent Organization | | | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | |
| EARTH.0001 | SK | Slovakia | | | Under European Patent Organization | | | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | |
| EARTH.0001 | SM | San Marino | | | Under European Patent Organization | | | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | |
| EARTH.0001 | TH | Thailand | 1401000847 | 8/16/2012 | | | | 7/12/2016 Published | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | | Spruson & Ferguson | 8/16/2032 |
| EARTH.0002 | TH | Thailand | 1601000695 | 8/6/2014 | | | | 2/10/2016 Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | Spruson & Ferguson | 8/6/2034 |
| EARTH.0001 | TR | Turkey | 201406498 | | Under European Patent Organization | | | 11/17/2015 Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | | 8/16/2032 |
| EARTH.0001 | UA | Ukraine | | 6/17/2015 | | | | 6/17/2015 Granted | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PCT | Shiakhovetskij - IP Counsels | 8/16/2032 |
| EARTH.0002 | UA | Ukraine | | 8/6/2014 | | | | 3/4/2016 Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | P1 | PCT | Gordiisky & Partners | 8/6/1934 |
| EARTH.0001 | US | USA | 13403797 | 2/23/2012 | | 8790952 | 7/22/2014 | 9/18/2014 Granted | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | C1 | ORD | | 2/23/2032 |
| EARTH.0001 | US | USA | 13587785 | 8/16/2012 | | 8790953 | 7/22/2014 | 9/18/2014 Granted | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | C1 | CON | | 2/23/2032 |
| EARTH.0001 | US | USA | 14904609 | 6/13/2014 | | | | 12/5/2014 Published | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | C2 | CON | | 2/23/2032 |
| EARTH.0002 | US | USA | 61525662 | 8/29/2011 | | | | 9/18/2014 Expired | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PRO | Spruson & Ferguson | 8/29/2012 |

DM# 230003

Page 8

DM# 230003

**EarthOne Patent Summary**

| Entity | Code | Country | Number | Filed | Status 1 | Status 2 | Title | Type 1 | Type 2 | Attorney | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EARTH.0001 | US | USA | 61568736 | 12/9/2011 | | 9/18/2014 Expired | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | P2 | PRO | | 12/9/2012 |
| EARTH.0001 | US | USA | 14435359 | 8/9/2014 | 12/16/2015 Abandoned | | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | ORD | | |
| EARTH.0002 | US | USA | 14874271 | 10/2/2015 | Published | 4/11/2016 Published | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | C1 | PRO | | |
| EARTH.0002 | US | USA | 61862924 | 8/6/2013 | | 9/18/2014 Expired | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | P1 | PRO | | 8/6/2014 |
| EARTH.0003 | US | USA | 62074937 | 11/4/2014 | | 11/7/2015 Expired | METHOD OF FORMING A CONDUCTIVE IMAGE ONTO A STENT USING HIGH SPEED ELECTROLESS PLATING | | PRO | | 11/4/2015 |
| EARTH.0003 | US | USA | 62249737 | 11/4/2015 | | 11/2/2015 Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ONTO A STENT USING HIGH SPEED ELECTROLESS PLATING | | PRO | | 11/2/2016 |
| EARTH.0001 | VN | Viet Nam | 1-2014-00710 | 8/6/2014 | | 2/17/2016 Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | | 8/16/2032 |
| EARTH.0002 | VN | Viet Nam | 1201505226 | 8/6/2014 | | 2/17/2016 Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | | |
| EARTH.0001 | WO | World Intellectual Property Organization | PCT/US2012/051199 | 8/16/2012 | | 9/18/2012 Inactive | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | ORD | Spruson & Ferguson | 8/16/2032 |
| EARTH.0002 | WO | World Intellectual Property Organization | PCT/AS14/50021 | 8/5/2014 | | 7/5/2016 Inactive | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | ORD | Spruson & Ferguson | 8/16/2032 |
| EARTH.0001 | ZA | South Africa | 2014/01839 | 8/16/2014 | | 9/18/2014 Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | Spicer Fisher | 8/16/2032 |
| EARTH.0002 | ZA | South Africa | 2016/00824 | 8/6/2014 | | 2/8/2016 Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | Spicer Fisher | 8/6/1994 |

| 1 Unfiled | 31 Pending | 2 Inactive | 4 Expired |
|---|---|---|---|
| 43 Granted | 12 Published | 1 Abandoned | 1 Unknown |

AMENDED ON 8/24/2017

| Debtor | **EarthOne Circuit Technologies Corporation, a Delaware corporation** | Case number *(if known)* | **8:17-bk-12521 CB** |
|---|---|---|---|
| | Name | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$143,500.00

**Part 4:      Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.

☑ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership | | |
|---|---|---|---|
| 15.1. | Debtor owns 100% of eSurface Portugal the value of which is uncertain.  At the present time, eSurface has a bank account which has 6,500 Euros in it. | 100 % | $7,641.00 |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

$7,641.00

**Part 5:      Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** Debtor estimates that the value of inventory is between $4,500 and $9,000. | | $0.00 | | $4,500.00 |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$4,500.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                 page 2

| Debtor | EarthOne Circuit Technologies Corporation, a Delaware corporation | Case number *(If known)*  8:17-bk-12521 CB |
|---|---|---|
| | Name | |

16.    Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1
Describe:

17.    **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

| | $7,641.00 |
|---|---|

**Part 5:**    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**    Real property

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** Debtor holds a number of patents and trademark on intellectual property.  See attached for desription.  The value of the intellectual property is uncertain but the Debtor believes the value to be at least $4.9 million | **Unknown** | | **Unknown** |

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 2 |
|---|---|---|

Attachment to Schedule B – Personal Property
#60.  Patents, copyrights, trademarks, and trade secrets

EXHIBIT "2"
Page 73

EarthOne Trademark Registration Summary

| Country | Trademark | Registration No. | Application No. | Other Number | File Date | Status | Published/Registered Date | Classes of Goods and Services |
|---|---|---|---|---|---|---|---|---|
| Argentina | DEP | | 3,147,547 | n/a | 2/24/2012 | registered | 2/24/2012 | 09 |
| Argentina | eSurface | | 3,147,551 | n/a | 2/24/2012 | registered | | 40 |
| Argentina | DEP | 2,580,735 | 3,147,548 | n/a | 2/24/2012 | registered | | 40 |
| Argentina | eSurface | 2,579,753 | 3,147,550 | n/a | 2/24/2012 | registered | | 09 |
| Australia | DEP | 1476507 | 1476507 | 601494833 | 2/23/2012 | registered | 2/23/2012 | 09 and 09 |
| Australia | eSurface | 1476450 | 1476450 | 601494847 | 2/23/2012 | registered | 2/23/2012 | 40 and 09 |
| Brazil | DEP | 840.036.582 | 840.036.574 | n/a | 2/27/2012 | registered | | 09 |
| Brazil | eSurface | | 840.036.582 | | 2/27/2012 | registered | | 40 |
| Brazil | DEP | | 840.036.556 | | 2/27/2012 | published | | 40 |
| Brazil | eSurface | 840036558 | 840.036.558 | | 2/27/2012 | registered | 1/5/2016 | 40 |
| Canada | DEP | | 1556686 | T6771955CA | 2/24/2012 | published | 11/13/2013 | 01 & 09 |
| Canada | eSurface | | 1556680 | T6771955SCCA | 2/24/2012 | published | 11/13/2013 | 01 & 09 |
| China | DEP | 10527202 | 10527202 | T1200003 | 2/24/2012 | pending | | 01 |
| China | DEP | 10527203 | 10527203 | T1200004 | 2/24/2012 | registered | | 09 |
| China | eSurface | 10527200 | 10527200 | T1200001 | 2/24/2012 | registered | | 09 |
| China | eSurface | 10527201 | 10527201 | T1200002 | 2/24/2012 | registered | | 40 |
| China | eSurface | | 10527201 | T1200000 | 2/24/2012 | pending | | 40 |
| Japan | DEP | 5529769 | | FXA-2538J5F | 2/24/2012 | registered | 10/19/2012 | 01 and 09 |
| Japan | eSurface | 5578124 | 2012-013348 | FXA-2538J5F | 2/24/2012 | registered | 4/26/2013 | 01 and 09 |
| South Korea | DEP | 4500496240000 | 45-2013-0001445 | Y127N-1021 | 3/15/2013 | registered | 5/30/2014 | 40 and 09 |
| South Korea | eSurface | 4500494270000 | 40-2012-0012540 | Y127N-1022 | 2/24/2012 | registered | 5/16/2014 | 40 and 09 |
| Malaysia | Covaler | | 2014058289 | | 6/6/2014 | published | 7/21/2016 | 40 |
| Malaysia | DEP | | 2014058287 | | 6/6/2014 | published | | 09 |
| Malaysia | Malaysia | | 2014058302 | | 6/6/2014 | published | | 40 |
| Malaysia | Malaysia | 2014058299 | 2014058299 | | 6/6/2014 | registered | 6/6/2014 | 09 |
| Malaysia | eSurface | | 2014058297 | | 6/6/2014 | pending | | 40 |
| Malaysia | eSurface | | 2014058304 | | 6/6/2014 | pending | | 09 |
| Mexico | DEP | 1320953 | 1252243 | 35.0/081399 | 2/24/2012 | registered | 10/18/2012 | 09 |
| Mexico | DEP | 1368246 | 1252243 | 35.0/081400 | 2/24/2012 | registered | 5/20/2013 | 09 |
| Mexico | eSurface | 1320952 | 1252250 | 35.0/078654 | 2/24/2012 | registered | 10/18/2012 | 40 |
| Mexico | eSurface | 1297205 | 1297205 | 35.0/078656 | 2/24/2012 | registered | 10/18/2012 | 09 |
| Singapore | DEP | | T1408872 | | 6/6/2014 | published | 9/18/2015 | 40 and 09 |
| Singapore | DEP | T1408877E | T1408877E | | 6/6/2014 | registered | 6/6/2014 | 40 and 09 |
| Singapore | Covaler | | T1408873B | | 6/6/2014 | pending | | 40 and 09 |
| Singapore | eSurface | 1605398 | 101008938 | | 2/24/2012 | registered | 10/16/2013 | 40 and 09 |
| Taiwan | eSurface | 1605399 | 101008939 | | 2/24/2012 | registered | 10/16/2013 | 40 and 09 |
| USA | DEP | 4491527 | 85/407,078 | | 2/24/2012 | registered | 3/4/2014 | 40 and 09 |
| USA | DEP | | 86/407,034 | | | Final Refusal | | 40 and 09 |
| USA | eSurface is in it | | 68/646,468 | | 6/12/2012 | Abandoned | | 40 and 09 |
| USA | Intelligent Materials | | 87201461 | | 10/21/2016 | pending | | |
| USA | Intelligent Matter | | 87201465 | | 10/21/2016 | pending | | |
| USA | Covaler | | 2247242 | | 5/30/2014 | pending | | |
| India | Covaler | | 2247240 | | 5/29/2014 | pending | | |
| India | DEP | | 2247241 | | 5/29/2014 | pending | | |
| India | eSurface | | | | | | | 40 and 09 |
| EU (CTM) | DEP | 10670271 | 10670271 | | 7/31/2012 | registered | 7/31/2012 | 40 and 09 |
| EU (CTM) | eSurface | 10670263 | 10670263 | | 7/31/2012 | registered | 7/31/2012 | 40 and 09 |

EarthOne Patent Summary

| GDP | Patent Code | Cntry Code | Country | Application Number | Filing Date | Patent Number | Issue Date | Status Date | Status | Description | Sub Case | Case Type | Agent | Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 109 | EARTH.0001 | CY | Cyprus | | | Under European Patent Organization | | 11/17/2015 | Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |
| 2 | EARTH.0002 | CN | China | 201480055050X | | | | 8/18/2016 | Published | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | China Patent Agent (H.K.) Ltd. | 8/6/2034 |
| 2 | EARTH.0001 | CN | China | 201280051161.2 | 8/6/2012 | | | 11/17/2015 | Published | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PCT | China Patent Agent (H.K.) Ltd. | 8/16/2032 |
| 19 | EARTH.0001 | CH | Switzerland | | | Under European Patent Organization | | 11/17/2015 | Published | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |
| 10 | EARTH.0002 | CA | Canada | 2920633 | 8/6/2012 | | | 2/5/2016 | Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | Smart & Biggar | 8/6/2034 |
| 10 | EARTH.0001 | CA | Canada | 2845922 | 8/16/2012 | | | 9/18/2014 | Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PCT | Smart & Biggar | 8/16/2032 |
| 9 | EARTH.0002 | BR | Brazil | BR112016028066 | | | | 2/29/2016 | Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | Daniel Advogados | 8/16/2034 |
| 9 | EARTH.0001 | BR | Brazil | BR112014001993937 | 8/16/2012 | | | 9/18/2014 | Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PCT | Daniel Advogados | |
| 80 | EARTH.0001 | BE | Belgium | | | Under European Patent Organization | | 11/17/2015 | Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |
| 24 | EARTH.0001 | BG | Bulgaria | | | Under European Patent Organization | | 11/17/2015 | Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |
| 13 | EARTH.0001 | AU | Australia | 2014305949 | 8/6/2012 | | | 2/5/2016 | Pending | FORMING A CONDUCTIVE IMAGE USING HIGH SPEED ELECTROLESS PLATING | | PCT | AJ Park | 8/6/2034 |
| 13 | EARTH.0001 | AU | Australia | 2012299226 | 8/16/2012 | | | 9/18/2014 | Pending | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | PCT | AJ Park | 8/16/2032 |
| 29 | EARTH.0001 | AT | Austria | | | Under European Patent Organization | | 11/17/2015 | Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |
| 123 | EARTH.0001 | AL | Albania | | | Under European Patent Organization | | 11/17/2015 | Unfiled | METHOD OF FORMING A CONDUCTIVE IMAGE ON A NON-CONDUCTIVE SURFACE | | EPP | Hanna, Moore & Curley | 8/16/2032 |

| Debtor | **EarthOne Circuit Technologies Corporation, a Delaware corporation** | Case number *(If known)* | **8:17-bk-12521 CB** |
|---|---|---|---|
| | Name | | |

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

      Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

                                                        **Current value of debtor's interest**

71.    **Notes receivable**
    Description (include name of obligor)

| **None** | 0.00 | - | 0.00 | = | $0.00 |
|---|---|---|---|---|---|
| | Total face amount | | doubtful or uncollectible amount | | |

72.    **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    **Potential litigation claims against Officers and Directors; potentially covered by Directors and Officers insurance. Amount uncertain.**

                                                                 **Unknown**

| Nature of claim | |
|---|---|
| Amount requested | $0.00 |

76.    **Trusts, equitable or future interests in property**

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 3 |
|---|---|---|

EXHIBIT "3"

| Fill in this information to identify the case: |
| --- |
| Debtor name **EarthOne Circuit Technologies Corporation, a Delaware corporation** |
| United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known)  **8:17-bk-12521 CB** |

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- | --- |

| 2.1 | **Aaron Weingarten** | | |
| --- | --- | --- | --- |

Creditor's Name

**215 Chestnut Drive**
**Roslyn, NY 11576**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**IP of the Debtor**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,000.00** | **$4,600,000.00**

| 2.2 | **Alan Michelson** | | |
| --- | --- | --- | --- |

Creditor's Name

**16386 Mira Sol Way**
**Delray Beach, FL 33446**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**IP of the Debtor**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**$25,000.00** | **$4,600,000.00**

EXHIBIT "3"
Page 77

| Debtor | **EarthOne Circuit Technologies Corporation, a Delaware corporation** | Case number (if know) | **8:17-bk-12521 CB** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Alec Summers** | Describe debtor's property that is subject to a lien | $5,000.00 | $4,600,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **IP of the Debtor** | | |

**68 Peach Hill Court
Ramsey, NJ 07446**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Andrea Suffin** | Describe debtor's property that is subject to a lien | $50,000.00 | $4,600,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **IP of the Debtor** | | |

**166 Worcester Drive
Wayne, NJ 07470**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Anthony Delgatto** | Describe debtor's property that is subject to a lien | $25,000.00 | $4,600,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **IP of the Debtor** | | |

**2 Beverley Road
Englewood Cliffs, NJ 07632**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☑ No

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | EarthOne Circuit Technologies Corporation, a Delaware corporation | Case number (if known) | 8:17-bk-12521 CB |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | Arthur Asch | Describe debtor's property that is subject to a lien | $250,000.00 | $4,600,000.00 |
|---|---|---|---|---|

Creditor's Name

**445 Park Avenue #9
New York, NY 10022**

Creditor's mailing address

**IP of the Debtor**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | Bob Yari | Describe debtor's property that is subject to a lien | $2,863,000.00 | $4,600,000.00 |
|---|---|---|---|---|

Creditor's Name

**10850 Wilshire Blvd, Suite 1250
Los Angeles, CA 90024**

Creditor's mailing address

**IP of the Debtor**

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No

Creditor's email address, if known

■ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 | Bruce Levenbrook | Describe debtor's property that is subject to a lien | $60,000.00 | $4,600,000.00 |
|---|---|---|---|---|

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 18

| Debtor | EarthOne Circuit Technologies Corporation, a Delaware corporation | | Case number (if known) | 8:17-bk-12521 CB |
|---|---|---|---|---|
| | Name | | | |

**Creditor's Name**

**17 Shadow Ridge Road**
**Wayne, NJ 07470**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

IP of the Debtor

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Charles Gregory** | Describe debtor's property that is subject to a lien | $20,000.00 | $4,600,000.00 |
|---|---|---|---|---|

Creditor's Name

**22 Eton Court**
**Ramsey, NJ 07446**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

IP of the Debtor

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **David Harris** | Describe debtor's property that is subject to a lien | $50,000.00 | $4,600,000.00 |
|---|---|---|---|---|

Creditor's Name

**27 Apache Road**
**Wayne, NJ 07470**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

IP of the Debtor

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy
EXHIBIT "3"
Page 80

| Debtor | EarthOne Circuit Technologies Corporation, a Delaware corporation | Case number (if known) | 8:17-bk-12521 CB |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 1**

| | | | |
|---|---|---|---|
| **Don Mitzner** | Describe debtor's property that is subject to a lien | $75,000.00 | $4,600,000.00 |
| Creditor's Name | **IP of the Debtor** | | |
| **2549 NW 59th Steet** | | | |
| **Boca Raton, FL 33496** | | | |
| Creditor's mailing address | Describe the lien | | |
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 2**

| | | | |
|---|---|---|---|
| **Eugene Boden** | Describe debtor's property that is subject to a lien | $10,000.00 | $4,600,000.00 |
| Creditor's Name | **IP of the Debtor** | | |
| **2340 Rumriver Street** | | | |
| **Las Vegas, NV 89134** | | | |
| Creditor's mailing address | Describe the lien | | |
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 3**

| | | | |
|---|---|---|---|
| **Evan Stern** | Describe debtor's property that is subject to a lien | $50,000.00 | $4,600,000.00 |
| Creditor's Name | **IP of the Debtor** | | |
| **200 Kawama Lane** | | | |
| **Palm Beach, FL 33480** | | | |
| Creditor's mailing address | Describe the lien | | |

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 5 of 18 |
|---|---|---|

Best Case Bankruptcy
EXHIBIT "3"
Page 81

| Debtor | EarthOne Circuit Technologies Corporation, a Delaware corporation | Case number (if know) | 8:17-bk-12521 CB |
|--------|-----------------------------------------------|---------|------------------|
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 4 | **Fred Jarrow** | **Describe debtor's property that is subject to a lien** | $25,000.00 | $4,600,000.00 |
|-------|----------------|----------------------------------------------|------------|---------------|
| | Creditor's Name | **IP of the Debtor** | | |

**17758 Foxborough**
**Boca Raton, FL 33496**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 5 | **Gale Yamner** | **Describe debtor's property that is subject to a lien** | $10,000.00 | $4,600,000.00 |
|-------|----------------|----------------------------------------------|------------|---------------|
| | Creditor's Name | **IP of the Debtor** | | |

**One Riverfront Plaza**
**Newark, NJ 07102**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 6 of 18

EXHIBIT "3"
Page 82

| Debtor | EarthOne Circuit Technologies Corporation, a Delaware corporation | Case number (if known) | 8:17-bk-12521 CB |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1 6 | **Harold Minkowitz, MD** | | $0.00 | $4,600,000.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**IP of the Debtor**

**5108 Valerie St.**
**Bellaire, TX 77401**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1 7 | **Jayne Telyas** | | $50,000.00 | $4,600,000.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**IP of the Debtor**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1 8 | **Jennifer MacLeod** | | $50,000.00 | $4,600,000.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**IP of the Debtor**

**27 Apache Road**
**Wayne, NJ 07470**

Creditor's mailing address

Describe the lien

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 7 of 18

| Debtor | EarthOne Circuit Technologies Corporation, a Delaware corporation | Case number (if know) | 8:17-bk-12521 CB |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| Creditor's email address, if known | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | | |
| **Do multiple creditors have an interest in the same property?** | | **As of the petition filing date, the claim is:** Check all that apply | | |
| ■ No | | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.19 | Joel Rutstein | Describe debtor's property that is subject to a lien | $75,000.00 | $4,600,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **IP of the Debtor** | | |
| | **13 Burnham Glen** **San Antonio, TX 78257** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | Is the creditor an insider or related party? | | |
| | | ☐ No | | |
| | Creditor's email address, if known | ■ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.20 | Lawrence Rutstein | Describe debtor's property that is subject to a lien | $210,000.00 | $4,600,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **IP of the Debtor** | | |
| | **226 West Ritterhause** **The Dorchester, uNIT 1806** **Philadelphia, PA 19103** | | | |
| | Creditor's mailing address | **Describe the lien** **UCC-1** | | |
| | | Is the creditor an insider or related party? | | |
| | | ☐ No | | |
| | Creditor's email address, if known | ■ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | EarthOne Circuit Technologies Corporation, a Delaware corporation | Case number (if known) | 8:17-bk-12521 CB |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.21 | **Lisa Summers** | | | | | | | | | **Describe debtor's property that is subject to a lien** | $10,000.00 | $4,600,000.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Lisa Summers**
Creditor's Name

Describe debtor's property that is subject to a lien
**IP of the Debtor**

$10,000.00       $4,600,000.00

**68 Peach HHill Court**
**Ramsey, NJ 07446**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.22     Louis Shook**
Creditor's Name

Describe debtor's property that is subject to a lien
**IP of the Debtor**

$25,000.00       $4,600,000.00

**7821 Montecito Place**
**Delray Beach, FL 33446**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.23     Marc Sakoff**
Creditor's Name

Describe debtor's property that is subject to a lien
**IP of the Debtor**

$10,000.00       $4,600,000.00

**16136 Via Monteverde**
**Delray Beach, FL 33446**
Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | EarthOne Circuit Technologies Corporation, a Delaware corporation | Case number (if know) | 8:17-bk-12521 CB |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **Marc Solomon** | Describe debtor's property that is subject to a lien | $15,000.00 | $4,600,000.00 |
|---|---|---|---|---|

Creditor's Name

**IP of the Debtor**

**92 River Road**
**Summit, NJ 07901**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **Marie Strait** | Describe debtor's property that is subject to a lien | $15,000.00 | $4,600,000.00 |
|---|---|---|---|---|

Creditor's Name

**IP of the Debtor**

**2525 State Street #9**
**Santa Barbara, CA 93105**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 10 of 18

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | EarthOne Circuit Technologies Corporation, a **Delaware corporation** | Case number (if known) | **8:17-bk-12521 CB** |
|---|---|---|---|
| | Name | | |

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.2 6 | **Mark & Lisa Summers** | Describe debtor's property that is subject to a lien | $20,000.00 | $4,600,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **IP of the Debtor** | | |

**68 Peach Hillcourt**
**Ramsey, NJ 07446**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☑ No
- ☐ Unliquidated
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.
- ☐ Disputed

---

| 2.2 7 | **Mark Freidman** | Describe debtor's property that is subject to a lien | $150,000.00 | $4,600,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **IP of the Debtor** | | |

**6935 Queenferry Circle**
**Boca Raton, FL 33496**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☑ No
- ☐ Unliquidated
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.
- ☐ Disputed

---

| 2.2 8 | **Mark Michelson** | Describe debtor's property that is subject to a lien | $20,000.00 | $4,600,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **IP of the Debtor** | | |

**9280 D Thompson Peak**
**Pkwy #4**
**Scottsdale, AZ 85255**
Creditor's mailing address

Describe the lien

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 11 of 18

EXHIBIT "3"
Page 87

| Debtor | EarthOne Circuit Technologies Corporation, a Delaware corporation | Case number (if know) | 8:17-bk-12521 CB |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.29 | **Mark Rosen** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**92 River Road**
**Summit, NJ 07901**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**IP of the Debtor**          $55,000.00          $4,600,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.30 | **Marshall Rosen** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**92 River Road**
**Summit, NJ 07901**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**IP of the Debtor**          $2,500.00          $4,600,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 12 of 18

Best Case Bankruptcy
EXHIBIT "3"
Page 88

| Debtor | EarthOne Circuit Technologies Corporation, a Delaware corporation | Case number (if know) | 8:17-bk-12521 CB |
|---|---|---|---|

Name

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3.1**

**Martin Rosen**
Creditor's Name

53 E 34th Street
Paterson, NJ 07514
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**IP of the Debtor**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$60,000.00         $4,600,000.00

---

**2.3.2**

**Michael & Wendi Boden**
Creditor's Name

4198 Baldwin
Culver City, CA 90232
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**IP of the Debtor**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,000.00         $4,600,000.00

---

**2.3.3**

**Noreen Michelson**
Creditor's Name

16386 Mira Sol Way
Delray Beach, FL 33446
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**IP of the Debtor**

**Describe the lien**

$15,000.00         $4,600,000.00

---

Best Case Bankruptcy
EXHIBIT "3"
Page 89

| Debtor | EarthOne Circuit Technologies Corporation, a Delaware corporation | Case number (if know) | 8:17-bk-12521 CB |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 4 | **Peter Boffa** | Describe debtor's property that is subject to a lien | $2,500.00 | $4,600,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **IP of the Debtor** | | |

**92 River Road**
**Summit, NJ 07901**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 5 | **Richard Tuchman Revocable Trust** | Describe debtor's property that is subject to a lien | $25,000.00 | $4,600,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **IP of the Debtor** | | |

**20607 Links Circle**
**Boca Raton, FL 33434**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 14 of 18 |
|---|---|---|

| Debtor | EarthOne Circuit Technologies Corporation, a Delaware corporation | Case number (if know) | 8:17-bk-12521 CB |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 6 | **Robert Flandina** | Describe debtor's property that is subject to a lien | $12,500.00 | $4,600,000.00 |
|---|---|---|---|---|

Creditor's Name

**1101 Parkview Drive
Southfields, NY 10975**

Creditor's mailing address

**IP of the Debtor**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 7 | **Robert Michelson** | Describe debtor's property that is subject to a lien | $15,000.00 | $4,600,000.00 |
|---|---|---|---|---|

Creditor's Name

**19 Dean Road
Wayland, MA 01778**

Creditor's mailing address

**IP of the Debtor**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 8 | **Ron Romano** | Describe debtor's property that is subject to a lien | $15,000.00 | $4,600,000.00 |
|---|---|---|---|---|

Creditor's Name

**6 Mauerbrook Drie
Fishkill, NY 12524**

Creditor's mailing address

**IP of the Debtor**

Describe the lien

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 15 of 18

| Debtor | EarthOne Circuit Technologies Corporation, a Delaware corporation | Case number (if known) | 8:17-bk-12521 CB |
|---|---|---|---|
| | Name | | |

|  | | |
|---|---|---|
| | **Is the creditor an insider or related party?** | |
| | ■ No | |
| Creditor's email address, if known | ☐ Yes | |
| | **Is anyone else liable on this claim?** | |
| **Date debt was incurred** | ■ No | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| ■ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ☐ Disputed | |

---

| 2.39 | **Ronald Harris** | Describe debtor's property that is subject to a lien | $100,000.00 | $4,600,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **IP of the Debtor** | | |
| | **27 Apache Road** **Wayne, NJ 07470** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.40 | **Rutstein Family LLC** | Describe debtor's property that is subject to a lien | $100,000.00 | $4,600,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **IP of the Debtor** | | |
| | **16164 Via Monteverde** **Delray Beach, FL 33446** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☐ No | | |
| | Creditor's email address, if known | ■ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 16 of 18 |
|---|---|---|

| Debtor | EarthOne Circuit Technologies Corporation, a Delaware corporation | Case number (if known) | **8:17-bk-12521 CB** |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.41** | **Stephanie Harris LaVail** | | $50,000.00 | $4,600,000.00 |
|---|---|---|---|---|

| | Creditor's Name |
| Describe debtor's property that is subject to a lien | |
| **IP of the Debtor** |

**27 Apache Road**
**Wayne, NJ 07470**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.42** | **Steve Burr** | | $25,000.00 | $4,600,000.00 |
|---|---|---|---|---|

Creditor's Name
**1590 Anderson Ave., Apt. 8C**
**Fort Lee, NJ 07024**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**IP of the Debtor**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.43** | **United Yarn** | | $200,000.00 | $4,600,000.00 |
|---|---|---|---|---|

Creditor's Name
**3 E. 34th Street**
**Paterson, NJ 07514**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**IP of the Debtor**

**Describe the lien**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 17 of 18

Best Case Bankruptcy
EXHIBIT "3"
Page 93

| Debtor | EarthOne Circuit Technologies Corporation, a Delaware corporation | Case number (if know) | 8:17-bk-12521 CB |
|--------|--------------------------------|---------------|------------------|
|  | Name |  |  |

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$4,865,500.00

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|-------------------|------------------------------------------------|-----------------------------------|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

EXHIBIT "3"
Page 94

AMENDED ON 8/24/2017

Fill in this information to identify the case:

Debtor name    **EarthOne Circuit Technologies Corporation, a Delaware corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:17-bk-12521 CB**

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1**    **BY Equities, c/o B. Yari**
Creditor's Name

**10850 Wilshire Blvd, Suite 1250**
**Los Angeles, CA 90024**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**See attached**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

No

■ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All assets of the Debtor**

Describe the lien

Is the creditor an insider or related party?
☐ No
■ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| Amount of claim | Value of collateral |
|---|---|
| $2,863,000.00 | $4,900,000.00 |

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $2,863,000.00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT "3"
Page 96

## ECTC/ BY Equities Loans

| | |
|---|---|
| 08/05/2016 | $1,000,000 |
| 08/31/2016 | $1,000,000 |
| 02/09/2017 | $100,000 |
| 03/16/2017 | $200,000 |
| 04/03/2017 | $170,000 |
| 04/25/2017 | $170,000 |
| 06/01/2017 | $100,000 |
| 06/11/2017 | $100,000 |
| 06/19/2017 | $17,000 |
| 06/20/2017 | $6,000 |

**EarthOne Senior Secured Convertible Promissory Notes**

Rutstein Group

| Date | Amount | Holder |
|------|--------|--------|
| 09/01/2015 | $100,000.00 | Lawrence C. Rutstein and Ronna Rutstein |
| 09/01/2015 | $100,000.00 | Rutstein Family LLC |
| 09/01/2015 | $10,000.00 | Aaron W. Weingarten |
| 09/01/2015 | $25,000.00 | Alan Michaelson |
| 09/01/2015 | $5,000.00 | Alec Summers |
| 09/01/2015 | $50,000.00 | Andrea Suffin |
| 09/01/2015 | $25,000.00 | Anthony Delgatto |
| 09/01/2015 | $200,000.00 | Arthur Asch |
| 09/01/2015 | $60,000.00 | Bruce Levenbrook |
| 09/01/2015 | $50,000.00 | David Michael Harris |
| 09/01/2015 | $50,000.00 | Donald and Gail Mitzner |
| 09/01/2015 | $50,000.00 | Dr. Joel Rutstein Insurance Trust |
| 09/01/2015 | $10,000.00 | Eugene F. Boden |
| 09/01/2015 | $50,000.00 | Evan and Sandra Stern |
| 09/01/2015 | $10,000.00 | Gail Yamner |
| 09/01/2015 | $50,000.00 | Jayne Telyas |
| 09/01/2015 | $50,000.00 | Jennifer Susan Macleod |

**EarthOne Senior Secured Convertible Promissory Notes**

| Date | Amount | Holder |
|------|--------|--------|
| 09/01/2015 | $100,000.00 | Ken Bahl |
| 09/01/2015 | $15,000.00 | Marc S. Solomon |
| 09/01/2015 | $20,000.00 | Mark & Lisa Summers |
| 09/01/2015 | $100,000.00 | Mark L. Friedman |
| 09/01/2015 | $30,000.00 | Mark Rosen |
| 09/01/2015 | $2,500.00 | Marshall Rosen |
| 09/01/2015 | $10,000.00 | Michael Boden and Wendi Boden |
| 09/01/2015 | $15,000.00 | Noreen Michaelson |
| 09/01/2015 | $2,500.00 | Peter Boffa |
| 09/01/2015 | $50,000.00 | Stephanie Rachel LaVail |
| 09/01/2015 | $50,000.00 | Ronald Harris |
| 09/01/2015 | $25,000.00 | The Richard Tuchman Revocable Trust |
| 09/01/2015 | $200,000.00 | United Yarn Products Co., Inc. |

EXHIBIT "4"

| Fill in this information to identify the case: |
|---|

| Debtor name | **EarthOne Circuit Technologies Corporation, a Delaware corporation** |
|---|---|
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **8:17-bk-12521 CB** |

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Health Insurance carrier** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Anthem Blue Cross**<br>**PO Box 9062**<br>**Oxnard, CA 93031** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **eFax**<br>**6922 Hollywood Blvd., 5th Fl.**<br>**Los Angeles, CA 90028** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **License agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **FTG**<br>**20750 Marilla St.**<br>**Chatsworth, CA 91311** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **5ft X 10ft storage unit** | |
|---|---|---|---|
| | State the term remaining | **month to month** | |
| | List the contract number of any government contract | | **Hollywood Storage**<br>**3425 Old Conejo Rd.**<br>**Newbury Park, CA 91320** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT "4"
Page 100

| Debtor 1 | EarthOne Circuit Technologies Corporation, a Delaware corporation | | Case number (if known) | **8:17-bk-12521 CB** |
| --- | --- | --- | --- | --- |
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Lease of office space. | |
| --- | --- | --- | --- |
| | State the term remaining | Month to month | |
| | List the contract number of any government contract | | **People Space**<br>**1691 Kettering St.**<br>**Irvine, CA 92614** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Storage unit | |
| --- | --- | --- | --- |
| | State the term remaining | Month to month | |
| | List the contract number of any government contract | | **PODS**<br>**301 S. Rose, #104**<br>**Oxnard, CA 93030** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Bookkeeping software | |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | **QuickBooks**<br>**2700 Coast Ave.**<br>**Mountain View, CA 94043** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Cell phone service contract | |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Verizon**<br>**PO Box 4846**<br>**Trenton, NJ** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

EXHIBIT "4"
Page 101

EXHIBIT "5"

Uniform Commercial Code Report: EARTHONE CIRCUIT TECHNOLOGIES...

---

| Uniform Commercial Code Report |
|---|

## Source Information

| | |
|---|---|
| Information Current Through: | 09/22/2017 |
| Database Last Updated: | 11/17/2017 |
| Update Frequency: | WEEKLY |
| Current Date: | 11/20/2017 |
| Source: | DE SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| Filing Number: | 20154139274 |
| Filing Date: | 09/17/2015 |
| Filing Time: | 1:28PM |
| Filing Type: | ORIGINAL |
| Filing Office: | SECRETARY OF STATE/UCC DIVISION FEDERAL & DUKE OF YORK STS DOVER, DE 19901 |

## Debtor Information

| | |
|---|---|
| Debtor(s): | EARTHONE CIRCUIT TECHNOLOGIES CORPORATION 2236 RUTHERFORD ROAD, SUITE 119 CARLSBAD, CA 92008 |
| D&B DUNS: | 96-839-5942 |

## Secured Party or Creditor Information

| | |
|---|---|
| Secured Party(s): | RUTSTEIN, LAWRENCE C. AS COLLATERAL AGENT 2356 NW 60TH STREET BOCA RATON, FL 33496-3606 |

## Collateral Information

| | |
|---|---|
| Collateral Type: | ALL ASSETS AND PROCEEDS |
| Collateral Type: | ALL ACCOUNT(S) AND PROCEEDS |
| Collateral Type: | ALL FIXTURES AND PROCEEDS |
| Collateral Type: | ALL INVENTORY AND PROCEEDS |
| Collateral Type: | ALL MACHINERY AND PROCEEDS |
| Collateral Type: | ALL EQUIPMENT AND PROCEEDS |
| Collateral Type: | ALL GENERAL INTANGIBLE(S) AND PROCEEDS |
| Collateral Type: | ALL CHATTEL PAPER AND |

PROCEEDS

**Collateral Type:**   ALL CONTRACT RIGHTS
AND PROCEEDS

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents
Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**                         © 2017 Thomson Reuters. No claim to original U.S. Government Works.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 950**
**Costa Mesa, CA  92626**

A true and correct copy of the foregoing document entitled **CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(b) and (f); AND (2) APPROVING PAYMENT OF BREAK-UP FEE MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF RICHARD A. MARSHACK AND BETH E. GASCHEN IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.     TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 21, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **November 21, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

⊠ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 21, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

(Via Attorney Service)
The Honorable Catherine E. Bauer
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Courtesy Bin
Santa Ana, CA 92701-4593

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| 11/21/2017 | Nancy Lockwood | /s/ Nancy Lockwood |
| _Date_ | _Printed Name_ | _Signature_ |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:**

- Frank Cadigan    frank.cadigan@usdoj.gov
- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;allie@lesliecohenlaw.com
- Caroline Djang    cdjang@rutan.com
- Beth Gaschen    bgaschen@wgllp.com,
  kadele@wgllp.com;lfisk@wgllp.com;lgauthier@lwgfllp.com;nlockwood@lwgfllp.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com
- Michael M Hernandez    mhernandez@dacorsi.net
- Lawrence J Hilton    lhilton@onellp.com,
  lthomas@onellp.com;info@onellp.com;evescance@onellp.com;crodriguez@onellp.com;rwenzel@onellp.com
- Stuart I Koenig    Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com
- Andrew B Levin    alevin@wcghlaw.com, bayrelevin@hotmail.com;pj@wcghlaw.com;sly@wcghlaw.com
- Noreen A Madoyan    Noreen@MarguliesFaithLaw.com,
  Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
- Craig G Margulies    Craig@MarguliesFaithlaw.com,
  Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com
- Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com
- Queenie K Ng    queenie.k.ng@usdoj.gov
- Robert E Opera    ropera@wcghlaw.com, pj@wcghlaw.com;sly@wcghlaw.com
- Donald Reid    dreid@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com
- David W Tufts    dtufts@djplaw.com, khughes@djplaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- David Wood    dwood@marshackhays.com, ecfmarshackhays@gmail.com

**2. <u>SERVED BY UNITED STATES MAIL</u>:**

SEE ATTACHED

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

<u>DEBTOR</u>
EarthOne Circuit Technologies Corporation, a Delaware corporation
Officer, Director, Manager or Member
PO Box 7001
Ventura, CA 93006

<u>US TRUSTEE</u>
Office of the United States Truste
411 West Fourth Street
Suite 7160
Santa Ana, CA  92701

<u>20 LARGEST UNSECURED CREDITORS</u>

Michael Corrigan
c/o The Rudd Law Firm
15233 Ventura Blvd., Suite 320
Sherman Oaks, CA  91403

One LLP
Officer, Director, Manager or Member
4000 MacArthur Blvd.
Newport Beach, CA  92660

David Torp
c/o Allred Maroko & Goldberg
6300 Wilshire Blvd., Suite 1500
Los Angeles, CA  90048

Rick Olson
Baxter Develeopment LLC
730 Calle Mandarinas
Thousand Oaks, CA  91360

Arthur Asch
Officer, Director, Manager or Member
445 Park Ave., #9
New York, NY  10022

United Yarn Products Co., Inc.
Officer, Director, Manager or Member
53 E. 34th St.
Patterson, NY  07514

You Lucky Dog Trust
Officer, Director, Manager or Member
2600 Sycamore Canyon Rd.
Santa Barbara, CA  93108

Darren Hulstine
661 Shelter Ridge Place
Niporno, CA  93444

Paul Clayson Valuation Impact
Officer, Director, Manager or Member
4246 Riverboat Rd., Suite 1100
Salt lake City, UT  84123

Latham & Watkins
Officer, Director, Manager or Member
140 Scott Drive
Menlo Park, CA  94025

Tucker Ellis
Officer, Director, Manager or Member
515 S. Flower St., 42nd Floor
Los Angeles, CA  90071

O'Neil LLP
Officer, Director, Manager or Member
19900 MacArthur Blvd., Suite 1050
Irvine, CA  92612

Blank Rome
Officer, Director, Manager or Member
One Logan Square
130 N. 18th Street
Lynn, MA  01910-3699

Miller & co.
Officer, Director, Manager or Member
21700 Oxnard St., Suite 1250
Woodland Hills, CA  91367

Paul and Leslie Lucas
One Amgen Center Dr.
Thousand Oaks, CA  91320

Tim Thompson
7914 Vista Palma
Carlsbad, CA  92009

Mark L. Friedman
6935 Queenferry Circle
Boca Raton, FL  33496

Ken Bahl
14645 Big Basin Way
Saratoga, CA  95070

David Bill
4890 Martona Drive
Oak Park, CA  91377

Forrest and Jane Dockery
4121 Guardian Street
Simi Valley, CA  93063